|  |  |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **CENTRAL DISTRICT OF CALIFORNIA** |
| 3 | **WESTERN DIVISION** |
| 4 | **THE HON. JUDGE FERNANDO M. OLGUIN, JUDGE PRESIDING** |
| 5 | |

```
UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
        vs.                        ) NO. 16-CR-0521-FMO
                                   )
LUIS AGUINAGA,                     )
                                   )
              Defendant.           )
_____)
```

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**Los Angeles, California**

**Wednesday, April 19, 2017**

Lisa M. Gonzalez, CSR 5920, CCRR
Official Reporter
United States District Courthouse
350 West 1st Street, Suite 4455
Los Angeles, California  90012
(213) 894-2979
csrlisag@aol.com
www.lisamariecsr.com

```
 1   APPEARANCES:

 2   FOR THE GOVERNMENT:   OFFICE OF THE UNITED STATES ATTORNEY
                           BY:  RUTH PINKEL
 3                         ASSISTANT UNITED STATES ATTORNEY
                           MAJOR FRAUDS SECTION
 4                         United States Courthouse
                           312 N. Spring Street
 5                         Los Angeles, California 90012
                           213.894.6077
 6
     FOR THE DEFENDANT:    LAW OFFICE OF PETER JOHNSON
 7                         BY:  PETER JOHNSON, ESQ.
                           409 North Pacific Coast Highway Suite
 8                         Suite 651
                           Redondo Beach, CA 90277
 9                         310-295-1785
                           Fax: 866-941-7715
10                         Email: pete@pjohnsonlaw.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              **Los Angeles, California; Wednesday, April 19, 2017;**

2                                **3:01 p.m.**

3                                  **-o0o-**

4              THE CLERK:  Calling Item Number 2, criminal

5    16-521, *United States of America versus Luis Aguinaga.*

6              Will counsel please make their appearances.

7              MS. PINKEL:  Good afternoon, Your Honor.

8    Ruth Pinkel for the United States.  And also with me at

9    counsel table is FBI Special Agent Laurie Nelson Anaya.

10             MR. JOHNSON:  Good afternoon, Your Honor.  Peter

11   Johnson on behalf of Mr. Luis Aguinaga, who is present and

12   prepared for sentencing.

13             THE COURT:  So everyone is ready to proceed, I

14   take it?

15             MR. JOHNSON:  Yes, Your Honor.

16             MS. PINKEL:  Yes, Your Honor.

17             THE COURT:  Mr. Aguinaga previously pled guilty

18   before me on September 1st, 2016.

19             I have read and considered the following

20   documents:  The Presentence Report filed on December 6th,

21   2016; and the Addendum to the Presentence Report filed on

22   February 17th, 2017; the Government's Sentencing Papers

23   filed on January 3rd, February 14th, and February 27th,

24   2017; and Defendant's Sentencing Papers filed on

25   January 9th, February 21st, and February 28th, 2017.

1          And I know there were some additional letters of

2   support filed today.

3          Counsel, is there anything else I should have

4   reviewed?

5          MR. JOHNSON:  No, Your Honor, from the defense.

6          MS. PINKEL:  No, Your Honor.

7          THE COURT:  Ms. Pinkel, other than what you stated

8   in your sentencing papers, do you want to contest or change

9   anything in the presentence report?

10          MS. PINKEL:  No, Your Honor.

11          THE COURT:  Do you have anything to present on

12   behalf of the Government at this time?

13          MS. PINKEL:  I have argument, Your Honor.

14          THE COURT:  Go ahead.

15          MS. PINKEL:  If the Court would --

16          THE COURT:  You can either present it now, or you

17   can respond to Mr. Johnson.  I'll give you both the time you

18   need to talk.  So --

19          MS. PINKEL:  I would rather respond.

20          THE COURT:  Okay.

21          So, Mr. Johnson, have you and your client read and

22   discussed the presentence report?

23          MR. JOHNSON:  We have, Your Honor.

24          THE COURT:  Did you explain the contents of the

25   report to your client?

1          MR. JOHNSON:  I have.

2          THE COURT:  Do you have any concerns about his

3    ability to understand the report?

4          MR. JOHNSON:  No, Your Honor.

5          THE COURT:  Other than what you stated in your

6    sentencing papers, do you want to contest or change anything

7    in the presentence report?

8          MR. JOHNSON:  I do have a slight modification.

9    Not with regard to the inaccuracy of the initial presentence

10   report, but to update it regarding financial matters.  The

11   -- there were various accounts that were listed, and because

12   of the date of the presentence interview and the sentencing

13   date, the -- Mr. Aguinaga has not been fully employed, so

14   there's less -- there's approximately $23,000 less in their

15   accounts.  And that's basically to -- was for living

16   expenses and expenses that came up during the time.  And

17   that's just to the extent of evaluating the fine.

18         THE COURT:  Okay.  Do you have anything else,

19   then, you want to present on behalf of your client at this

20   time?

21         MR. JOHNSON:  I do, Your Honor.

22         THE COURT:  Go ahead.

23         MR. JOHNSON:  And I will be brief because I know

24   the Court has read through all of the documents.

25         MR. JOHNSON:  Mr. Aguinaga is a good man that made

1    a horrible mistake.  He's accepted full responsibility, as

2    laid out in his letter to the Court.  He's had many people

3    that knows he's a good man, that have been with him

4    throughout his life, throughout his public life, as well as

5    his personal life, and also understand the circumstances of

6    this offense.  They not only read -- wrote letters to the

7    Court, but are here present in support of him, fully aware

8    of what he has done and what he has admitted to.  That's a

9    testament, Your Honor, that this was outside of his

10   character, as many of the people in the letter have written.

11          His pastor, in particular, I spoke with him this

12   morning, and the way he talks about Mr. Aguinaga coming to

13   him fully recognizing that he put his family in a very, very

14   embarrassing situation and put himself in that situation and

15   his community in that situation, but also fully recognizing

16   that this is outside of his character.

17          This was a point in Mr. Aguinaga's life where he

18   felt like his life was falling apart.  And that's certainly

19   not excuses for his conduct, and I'm certainly not here to

20   make excuses.  As he will describe to the Court, he does

21   accept full responsibility.  But at a time when he was going

22   through a divorce, a time when an individual came up to him

23   and asked him to accept money.

24          What is mitigating in this circumstance is that

25   Mr. Aguinaga -- this is his first offense -- has zero

1   criminal history points.  It's a non-violent offense.

2          And when I look at the circumstances of the

3   offense and evaluate what the Court is required to look at

4   under 18, U.S.C. 3553 and balance out the recommendation,

5   the guidelines, a sentence of probation is appropriate in

6   this circumstance.

7          My main focus here was to allow the Court to

8   balance out these factors, not look at a blind acceptance of

9   this 46 months, but really take into account Mr. Aguinaga's

10  personal history and the circumstances of the offense; not

11  just say -- well, only look at the positive letters that

12  were coming from the community, but certainly don't ignore

13  them, Your Honor.  And to balance those factors out.

14         And when looking at all of the factors -- that

15  this is a nonviolent offense -- that Mr. Aguinaga would do

16  better served with community service.  A sentence that

17  would -- probation, with a period of home confinement that

18  would demonstrate to him that it is a serious offense -- and

19  he already understands that -- but also really rachet up the

20  level of community service so as to make it clear that jail

21  is not a place for rehabilitation or correction as Congress

22  has said, but to show that working in the community for

23  5,000 hours over a 60-month period is so much better for our

24  community, for Mr. Aguinaga's rehabilitation and repentance,

25  than having him in a jail cell playing cards.

1            It is just appropriate to look at the sentence in

2    a fashion where this is an individual.  And that's why we

3    have made a recommendation of probation.  Of course,

4    Your Honor has evaluated all of the factors, read through

5    the letters.

6            I also want to make it clear that in asking the

7    Court not to consider the letter from the confidential

8    witness, I was not and do not question the integrity of the

9    Government.  Again, I want a fair opportunity to challenge

10   those statements.

11           And my statement in that -- in argument is that

12   the Court should not look at the confidential witness's

13   statement without a fair opportunity to speak to that

14   confidential witness, to evaluate the Brady material where

15   there may be bias or persuasion by the Government with a

16   favorable plea agreement.  And I think that's just fair.

17   And that's why we're opposing the Court looking at the -- or

18   considering that in the sentencing.

19           And if the Court has questions, we'll be happy to

20   answer them.

21           THE COURT:  I haven't considered the statements.

22           MR. JOHNSON:  Thank you.

23           MS. PINKEL:  Your Honor, addressing that last

24   point, the Court could -- I understand the Court hasn't, but

25   the Court could consider the statement.  The statement is

```
 1   essentially, in almost in every respect, corroborated by --
 2   by the evidence put forth by the Government, as well as the
 3   defendant's factual basis.  All of the things that the
 4   confidential witness said about when -- approximately how
 5   much the bribes were, how he left the bribes for the
 6   defendant, and other details like that.  They're all
 7   amounts, all corroborated by the factual basis in the plea
 8   agreement.
 9        So it merely corroborates the evidence that the
10   Government has already put forth to the Court that was in
11   the factual basis and that was produced to the defendant.
12   So there is no reason that the Court --
13        THE COURT:  When did I receive it?  The reason I'm
14   not considering it is I haven't seen it.  I haven't seen it.
15        MS. PINKEL:  Well, Your Honor, it was -- it was
16   officially filed with the Court on March 1st.  This was --
17   the Government filed an ex parte application to be allowed
18   to file it under seal with the Court.  I think it was
19   lodged -- that was part of the Government's lodging on
20   February 27th, and it was officially filed by the Court on
21   March 1st.  The caption on it says:  Notice of Filing
22   Exhibit 6 -- FBI Interview Report.  It was filed under seal.
23        MR. JOHNSON:  And you are to provide context --
24   our objection was that, although the Government provided
25   that it mailed it -- and I'm not questioning that they
```

1  mailed it -- we didn't receive it.  And we didn't receive it

2  until February 24th, after all of the sentencing position

3  papers were filed.

4          So, in any event, it became an unfair -- unfair to

5  Mr. Aguinaga, in our view, that it would be considered by

6  the Court without --

7          THE COURT:  Do you want to file something?

8  Because I'll give you time to file something if you want to.

9          MR. JOHNSON:  No, Your Honor.  I filed a response

10  and the Court just advised me that it -- that it -- the

11  response was that we're asking the Court not to consider it.

12  And if the Court's not considering it, I think that's the

13  appropriate -- that's the appropriate remedy.

14          THE COURT:  Well, I'm not considering it because I

15  didn't see it; that's why I'm not considering it.  So we

16  either can put this off and so that there's briefing on this

17  issue, or we can go forward, you know.

18          So let me ask the Government.  If you want me to

19  consider it, I'm going to have to give him a chance --

20          MS. PINKEL:  I think -- I think the -- I don't

21  think that the Court needs to consider it because it's

22  materially the same as the facts that the defendant admitted

23  in his factual basis.  It's also corroborated by all the

24  other evidence that the Government produced.

25          Just to clarify, I filed it with the Court because

1  counsel accused me of having engaged in some sort of Brady

2  violation, and I wanted to make sure the Court and the

3  record were clear that I had produced this to the defense on

4  September 16th, 2016, approximately two weeks after the

5  change of plea hearing.

6         So as long as the record is clear, I did produce

7  it to the defense in September.  Mr. -- Mr. Johnson says he

8  never got it, but I did produce it.  And -- otherwise, I

9  don't think it's something that the Court needs to look at

10  since it merely corroborates everything else that has

11  already been set forth.

12         THE COURT:  Well, I just didn't see it.  It just

13  wasn't in my material, so -- so she says I don't really need

14  to look at it.  I looked at everything else.  I went through

15  everything that I looked at.  So --

16         MS. PINKEL:  And it was filed -- it was lodged

17  with the Court with an ex parte, and it was only filed after

18  that.  So --

19         All right.  So moving on, Your Honor.  This case

20  is about power and prestige obtained through corrupt means.

21  It's not about a simple one-time mistake by this defendant.

22  It's about a defendant who used his position of power as a

23  mayor and councilman to get cash bribes.

24         And he was motivated by greed and by his desire

25  for money and his desire for adulation from his

1    constituents.  By taking these bribes -- and, again, this

2    wasn't a one-time thing.  It was month after month, year

3    after year.  Over seven years, defendant undermined the

4    integrity of his office and really undermined the people of

5    South El Monte, the people in his community, that he claims

6    to care about.

7            The face the defendant showed to the community was

8    that of someone who cared and wanted to make a difference,

9    which is a laudable goal.  But the reality was far, far

10   different.  The real Luis Aguinaga was just another -- just

11   another dirty politician trying to make money under the

12   table and profit from his position of power.

13           And if you take this case down to its essence,

14   down to the undisputed facts, you have an elected official

15   taking bribe money.  That's undisputed.  He took bribe

16   money, he took it in cash, and he did it for years.

17           And whatever the cash the defendant got, he used

18   for his own benefit.  And that's undisputed.  He admitted in

19   interviews with the FBI and with the chief of the public

20   corruption section that he spent some of the money on gas

21   and restaurant meals.

22           In his first interview, he said, okay, it was

23   about -- it was at least half, it was approximately half.

24   Later on he retracted and said, maybe just 10 percent and

25   the rest went to charity.  But it's undisputed -- whatever

1   he did with the money —— and he admits that he spent some of

2   it on himself —— but whatever he did, it was all for his own

3   personal benefit.  Even if he donated the money to charity,

4   he wanted everyone in the community to adore him and think

5   that he was trying to help them.

6           And these letters from the people in the community

7   to the extent they're talking about how charitable he was

8   and how he provided for things and looked out for the

9   charities and the nonprofits, that's money —— that's bribe

10  money.  It is still a crime.  Even if they think that was

11  great and everybody thinks that's great, it's still a crime

12  for a politician to take money under the table and to use it

13  for any purpose.

14          So no matter how you analyze what he did with that

15  money, it's still a crime.  It's still wrong.

16          And with respect to the letters, I had cited in my

17  papers a case from the Seventh Circuit.  It's instructive.

18  It's certainly not mandatory, but it's instructive.  They

19  have a lot of political prosecutions in Chicago.  They have

20  a lot of interesting cases that are helpful when you're

21  dealing with political corruption in Los Angeles.  And what

22  that Court said is —— the appellate court said that it was a

23  mistake for the district court to give enormous weight to

24  letters urging leniency because the district court was

25  ignoring the fact that the defendant was an influential

1  politician.

2       And I quote from the case, "Politicians are in the

3  business of dispensing favors, and while gratitude like

4  charity is a virtue, expressions of gratitude by

5  beneficiaries of a politician's largesse should not weigh in

6  sentencing."

7       Certainly the Court can consider them, but the

8  fact that so many people in the community respect and like

9  Mr. Aguinaga, especially because of everything he did for

10  charities and nonprofits should be discounted because the

11  evidence shows that he used bribe money to support these

12  charities and nonprofits, and he used bribe money to buy

13  raffle tickets for his entire little league team or the

14  football team and take people out to dinner and -- you know,

15  that's something that he used to curry favor as a

16  politician.  That helped him as a politician.  People like

17  him, they'll vote for him.

18       And, again, this was not just a one-time mistake.

19  It went on for years and years and years.  So month after

20  month, year after year from 2005 to 2012, the defendant

21  could have had many opportunities to stop this conduct, but

22  he didn't want to.  And that shows his true moral character.

23  He didn't want to.

24       And when you look at the facts of this case, the

25  way he took the bribes all along and then the way he took

1   the bribe on the final date in September of 2012, that shows

2   his real character.  So when you look at the way he took the

3   bribes all the way through, from 2005 to 2012, they were

4   envelopes of cash, put in side pockets of car doors where he

5   could retrieve them.  Sometimes they were put in the

6   bathroom where he could retrieve it at the city hall.

7            And then if you look at the final bribe when he

8   was actually being recorded by the FBI, how did the

9   defendant behave?  He was nervous because Cudahy officials,

10  city officials, had been arrested by the U.S. Attorney's

11  Office in July of 2012.  And they had been charged, and it

12  was all over the paper.  And the defendant knew about it,

13  and he was very nervous.  And during this meeting, he asked

14  at one point -- he asked the confidential witness, "Are you

15  wearing a wire?"  Turned out he was right, but he was

16  worried about that because he knew what he was doing was

17  wrong.

18           Later he said to the confidential informant -- he

19  took his phone, and he wrote out "Stop talking.  Don't

20  talk."  And then after that, the defendant said, "Come with

21  me to the bathroom.  Come with me to the bathroom.  Come

22  with me to the bathroom."  And he wanted the witness to go

23  with him to the bathroom so he could collect his bribe

24  payment in secret.  And that is not a mistake.  That's

25  intentional conduct.  It's criminal.  And they are not the

1    actions of someone who has great moral character.

2           So when you analyze the Sentencing Guidelines in

3    this case and the 3553(a) factors, the Government agreed in

4    its plea agreement to recommended the low end of the

5    guidelines which is 46 months, and the Government believes

6    that is the appropriate sentence under the facts of this

7    case.  As the probation office noted, there are no

8    mitigating circumstances here.  The defendant -- it's

9    laudable he's helping his community, but he undermined them

10   at the same time.  And it's sort of a twisted Robinhood kind

11   of situation.

12          So there really aren't any mitigating

13   circumstances.  We can't have politicians take cash payments

14   from contractors and then use it to try to make themselves

15   look good in the eyes of the community, or even try to help

16   people.  If you really want to help people, have the

17   contractor make the donation directly to the charitable

18   group.  That's the honest way to do it.  The dishonest way

19   is to get the cash yourself, hand it off and pass it off as

20   if you're the person who's engaging in the good act for the

21   community.

22          So, again, when you consider there are no

23   mitigating circumstances here and when you consider the

24   seriousness of the offense and the need to promote respect

25   for the law and to provide just punishment for the offense,

1   a probationary sentence sends absolutely the wrong message.

2   The world -- the entire community will see that if a

3   politician gets bribes for years and then gets a

4   probationary sentence, that's a slap on the wrist.

5            No matter how much community service you do if

6   you're not going into custody, that is a slap on the wrist.

7   And it's very, very important because there are so many

8   small communities within the Los Angeles County, within the

9   central district of California, there are so many elected

10  officials who have opportunities to solicit bribes or extort

11  bribes from contractors doing business with the city; and

12  the message needs to be sent that that is completely

13  unacceptable and that's not the way business has to be done.

14  Because guess what?  The contractor who doesn't have the

15  money or doesn't have the moral character to pay that bribe,

16  he's going to be completely cut out of business and then

17  you're only going to be left with people willing to do

18  business with all of these cities in Los Angeles County and

19  the central district who are willing to pay bribes with

20  politicians.  And that is not the message we want to send

21  because this is an extremely serious offense.

22            And by the same token, you want to promote respect

23  for the law.  You can't be taking cash bribes when you are a

24  politician.  You just can't.  Because it completely corrupts

25  our system.  It becomes very unfair.  It means that the only

1  people who are going to get access to politicians are people

2  who are willing to pay them under the table.  We do not want

3  a society populated with politicians like that.

4          In addition, you need to provide just punishment

5  for the offense.  As I said, it's an extremely serious

6  offense.  Anything less than a custodial sentence sends the

7  wrong message.

8          And in terms of defendant's history and

9  characteristics when you consider them, he apparently does

10  have altruistic -- he has some altruistic character, but as

11  I said previously, you've got to discount some of that

12  because a lot of the benefit he received from his community

13  over the last 12 years -- going back to 2005 -- had to do

14  with his ability to donate money and come in -- and for him

15  to really seem like, you know, Santa Claus to his community.

16  And so I think some of that -- his history, his

17  characteristic of being altruistic has to be discounted

18  here.

19          And then when you consider the nature and

20  circumstances of the offense, the low-end guideline sentence

21  of 46 months is appropriate.  It was a long-term, repeated

22  conduct of accepting bribes.  Defendant's criminal intent

23  was very obvious from the way he accepted the bribes over

24  the years and specifically how he dealt with the situation

25  on September 12th, 2012, when he said, "Are you wearing a

1  wire?  Stop talking.  Come with me to the bathroom.  Come

2  with me to the bathroom."  For those reasons, Your Honor,

3  and given all the evidence in this case, I believe that a

4  46-month sentence, a low-end sentence, as the Government has

5  promised in the plea agreement, is appropriate here.

6           And then the Government also would ask for a

7  $2,000 restitution to the FBI for the bribe payment, the

8  undercover payment on September 12, 2012.

9           And the Probation Office recommended a $10,000

10 fine.  That still appears to be appropriate.  The defendant

11 has significant -- relatively significant resources, and he

12 still appears to have the ability to pay a fine.  But a

13 custodial sentence, and I submit 46 months, is an

14 appropriate sentence, is necessary under the facts of this

15 case.

16           MR. JOHNSON:  May I respond, Your Honor?

17           THE COURT:  Yes, go ahead.

18           MR. JOHNSON:  Your Honor, I disagree with a lot of

19 what the Government has laid out, but there are some things

20 that I think are important to raise.  The first is this

21 gathering -- this consistent theme that the Government is

22 gathering another dirty politician.  Send a message.  That's

23 not what the guidelines or the responsibility of the Court

24 is to weigh out, especially under 18 U.S.C. 3553.  The Court

25 is required to look at the guidelines, but I think the

1   Government is taking a blind look at them, not justifying

2   the circumstances of the offense with facts but really

3   argument.

4         As I laid out in our sentencing positioning paper,

5   there were six factors that I think are entirely mitigating.

6   And that is, number 1, that the cooperating witness

7   initiated this payment, not Mr. Aguinaga running out and

8   trying to find people to bribe, to accept bribe payments.

9         Number 2, that the cooperating witness warmed up

10  to Mr. Aguinaga during a very, very difficult time.  I have

11  no dispute and Mr. Aguinaga knows that there's no dispute

12  that this was dead wrong and illegal.  He's accepted

13  responsibility.  That's why he pled guilty early.  He didn't

14  put this case through a trial.  This was a pre-indictment

15  resolution where he wanted to resolve this to recognize and

16  highlight that he did wrong in this case.  He's not fighting

17  that.  But we're fighting for a fair sentence in this case.

18        When the Government asks the Court to disregard

19  the letters from the community -- the community's here

20  listening to this and showing that they still support

21  Mr. Aguinaga.  In particular, there's a person in the back

22  that wrote a very, very eloquent letter.  And that is the

23  little league -- the president of the little league.  And a

24  lot of those letters -- the Government is saying there's a

25  balance between -- don't accept the letters because he was

1  giving to the community.  These individuals knew him when he

2  was a young boy playing little league, well before any of

3  this started.

4          This is a good man that came into a difficult

5  circumstance, a circumstance where he justified somehow in

6  his mind:  I can help the community at the same time this

7  guy is bugging me to take money.  Entirely wrong.  Entirely

8  wrong.  But we are here to look at what is the appropriate

9  sentence and that's what's missing in the Government's

10 argument.

11          This jump to 46 months is inappropriate under the

12 law, it's inappropriate morally as well, to take someone

13 like Mr. Aguinaga that is a good person at heart, is not

14 running out looking for bribes altogether, but is saying,

15 "Okay.  I accept responsibility for this" and put him in

16 jail for 46 months is inappropriate.

17          It's inappropriate because it fails to think

18 through the personal history characteristics of

19 Mr. Aguinaga, the circumstances of the events and the

20 availability of probation.  The Government consistently

21 never addresses the issue regarding the availability of

22 probation and why it would be wrong in terms of the specific

23 facts of Mr. Aguinaga, but the only thing is to look at:

24 Send a message, another dirty politician, which is

25 inappropriate for the Court.

1            The guidelines are just that, guidelines, but

2    we're handing it to the Court and the Court is guided by the

3    guidelines but certainly picks up where the guidelines leave

4    off and is supposed to evaluate those factors.

5            The Government cites that Seventh Circuit case as

6    the only case, but as I laid out in the position papers,

7    that doesn't say -- we're not asking the Court just to look

8    at all the good stuff Mr. Aguinaga has done, we're asking to

9    weigh all of it in fairness.  And that's what the Seventh

10   Circuit was concerned about, the district court just looking

11   at good stuff.

12           We're weighing the good with the bad, and I think

13   the result comes out with a probation sentence, a very high

14   level of community service, even home incarceration, to send

15   a strong message.

16           THE COURT:  Did you want to respond at all?

17           MS. PINKEL:  Just briefly, Your Honor.

18           When Mr. Johnson says that jumping to 46 months is

19   not morally wrong.  As the Court knows, that's the low end

20   of the guidelines, and that's what the probation officer

21   recommended.  That's the starting point to the Court, not

22   the ending point.

23           So that's not a jump to 46 months, that's, in

24   fact, where the guidelines begin for Mr. Aguinaga, 46 to 57

25   months.  And 46 is the low end, and it's also what the

1    Probation Office recommended.

2          Mr. Johnson mentions the defendant -- the bribe

3    taking started in a difficult circumstance, and the

4    defendant knew in his mind he wanted to help the community.

5    That's not in the record.  What is in the record is

6    defendant, when he was meeting with the FBI said, you know,

7    "Buying us drinks, and then all of a sudden like I don't

8    even remember when the envelopes even ever started.  I don't

9    know, you know.  I don't know."

10          Maybe he was in a difficult circumstance.  If we

11    can credit the defendant with that, he was in a difficult

12    circumstance.  That was 2005.  What about 2006, '7, '8, '9,

13    '10, '11, '12?  As I stated previously, it was continuous

14    conduct and there were so many opportunities to stop, but

15    the defendant clearly wanted that money for his own

16    purposes.

17          And a probationary sentence is simply not

18    appropriate for someone who is an elected official who is

19    held to a high standard and repeatedly commits a serious

20    crime.  There's no reason why -- I mean, there are plenty of

21    defendants who commit other serious crimes that don't get

22    probation.  Just because it's a white-collar crime doesn't

23    mean you should get probation.  I mean, that would be sort

24    of a twisted view of the world if you're a white-collar

25    defendant and therefore you shouldn't have to go into

1    custody.  You have the wherewithal to do community service.

2    Not a lot of people have the wherewithal to do that much

3    community service.

4           So it's -- considering the history and

5    characteristics of this defendant and the nature and

6    circumstances of his crime, which took place for so long, a

7    custodial sentence of 46 months is reasonable under the

8    circumstances.  To give him a probationary sentence would

9    also create tremendous sentencing disparity with other

10   defendants who have been convicted of taking bribes.

11          So unless the Court has any other questions.

12   Thank you.

13          THE COURT:  You want to respond?

14          MR. JOHNSON:  I'll just respond to the -- two

15   things.  One, the -- it certainly is in the record.  We've

16   laid out in our introduction to each one of the sentencing

17   position papers those six factors that are mitigating; and

18   if the Government had the evidence, then bring it forward

19   that they weren't -- these weren't for -- the money wasn't

20   for the community or this wasn't part of his heart, but it's

21   just again argument, argument that doesn't have real facts

22   behind it.  And I ask the Court to see through that.

23          The second thing is that the disparity in

24   sentencing.  The Court is required to evaluate the

25   circumstances of this offense, and there may be some cases

1    where -- most cases are different in several respects.

2    Those six factors, I think, lay out the difference.

3              There's some that -- some cases involve

4    cooperation, but just because Mr. Aguinaga wasn't out there

5    looking and knew a lot of the sources for bribery and didn't

6    have the information to share in cooperation, he shouldn't

7    be faulted by that as a disparity.  It just further

8    demonstrates that he's not the one that's out there

9    soliciting bribes, becoming mayor to get rich, but really

10   under these limited circumstances was accepting a bribe and

11   did something horribly wrong, a circumstances that he has

12   admitted to and that he can reform from a sentence of

13   probation.

14             Mr. Aguinaga, I know, would like to address the

15   Court.

16             THE COURT:  I will ask him a few questions and I

17   will let him address the Court.

18             Do both attorneys have anything else before -- at

19   this point?

20             MS. PINKEL:  No, Your Honor.

21             MR. JOHNSON:  Thank you, Your Honor.

22             THE COURT:  Mr. Aguinaga, did you review the

23   presentence report with your attorney?

24             THE DEFENDANT:  Yes, I did.

25             THE COURT:  Did your attorney explain it to you?

```
 1                THE DEFENDANT:  Yes, he did.

 2                THE COURT:  Do you need more time to review it?

 3                THE DEFENDANT:  No.

 4                THE COURT:  Do you have anything you want to say

 5   before I impose sentence?

 6                THE DEFENDANT:  Your Honor, I just wanted to

 7   apologize for putting the community and my family through

 8   this.  Your Honor, I never in my life could have imagined

 9   being a politician.  I hated politicians.  I'm sorry I said

10   that, but I -- my whole life was -- I was raised in a

11   Catholic church.  My parents always taught me to do the

12   right thing, always -- to help people no matter what, to do

13   what you can to help the community.  I started at the church

14   and with my friends that I have here who guided me to be a

15   politician and which I always -- that wasn't -- my intent

16   was always just helping the community.

17                I started at the Epiphany church running their

18   carnivals, running their -- with my friends and donating my

19   time instead of being with my kids, my family, but I did it

20   because other kids and family members didn't have the

21   opportunity.  And my dad -- my dad was always there helping

22   people, and I just wanted to be like him.

23                Your Honor, I'm sorry that I put my family through

24   this ridicule.  I'm sorry that I put this community in the

25   state that it is.  I don't know how else I can tell you,
```

```
 1  Your Honor, I'm sorry that I'm putting you in this position
 2  to make this difficult decision.  But I just want to say to
 3  my family and friends and the community, I will always be
 4  there, and I've always been there for them, it didn't matter
 5  what.  I'm sorry, Your Honor.
 6          MR. JOHNSON:  Your Honor, I know that -- well, the
 7  Court sees that I'm sure he would mention that he doesn't
 8  have a high school diploma.  He wasn't -- but really thought
 9  deep down in his heart to help the community.  And what I
10  see is a man that did wrong, and the Court has a
11  responsibility -- but also a man that recognizes that he did
12  wrong and has imposed a level of self-punishment on his
13  family and himself since this time.  And the open air of
14  saying that in public is very, very important.
15          I thank the Court for the opportunity for him to
16  say that, but in looking at that under the circumstances, I
17  reiterate the importance of looking at all of the factors
18  and coming to a fair and appropriate sentence.
19          THE COURT:  Okay.  Except as otherwise stated
20  during this hearing, I find the presentence report to be
21  accurate and correct, and I adopt the report which is hereby
22  incorporated into this proceeding.
23          Based on the presentence report and the
24  information filed by the parties, I find the information in
25  the record is sufficient for the Court to meaningfully
```

1   exercise its sentencing authority in accordance with 18,

2   U.S.C. Section 3553.

3           Mr. Aguinaga pled guilty to a single-count

4   Information charging him with federal program bribery, in

5   violation of 18, U.S.C. Section 666(a)(1)(B).

6           The Sentencing Guidelines are the starting point

7   in the initial benchmark in the Court's analysis.  I have

8   consulted and taken into account the November 2016 edition

9   of the guidelines.

10          Based on the plea agreement and the record before

11  the Court, the Court calculates the Advisory Guideline Range

12  as follows:  The defendant's base offense level is 14

13  pursuant to Section 2C1.1 of the guidelines.

14          Pursuant to Section 2C1.1(b)(1), there is a

15  two-level increase because the instant offense involved more

16  than one bribe.

17          Pursuant to Section 2C1.1(b)(2), there's another

18  six-level increase because the value of the payments was

19  more than $45,000, but less than $95,000.

20          Pursuant to Section 2C1.1(b)(3), there is another

21  four-level increase because the offense involved an elected

22  public official.

23          Pursuant to Section 3E1.1 (a) and (b), there is a

24  three-level decrease for acceptance of responsibility and

25  because defendant timely notified the Government of his

1    intent to plead guilty.

2            The Court agrees with the presentence's report

3    finding of a Criminal History Category of I.

4            This results in a total offense level of 23 and a

5    Criminal History Category of I.

6            The guideline range for custody is 46 to 57

7    months.  However, the Court notes the U.S. Sentencing

8    Commission recently proposed an amendment to the guidelines

9    that if approved would entitle defendant to an additional

10   decrease in his guideline calculation.  A proposed

11   guideline, which will be Section 4C1.1, provides a one-level

12   decrease for defendants who, like Mr. Aguinaga, received

13   zero criminal history points under Guideline Chapter Four

14   and have no prior convictions of any kind.  This would

15   reduce defendant's guideline range to 41 to 51 months.

16           The guideline term for supervised release is one

17   to three years.

18           The maximum fine is $250,000.  And the special

19   assessment for the crime's victim's fund is $100.

20           Does either counsel know of any reason why

21   sentence should not now be imposed?

22           MR. JOHNSON:  No, Your Honor.

23           MS. PINKEL:  No, Your Honor.

24           THE COURT:  In addition to considering the

25   guideline range, the Court must consider the factors

 1   described in 18, U.S.C. Section 3553(a).  The Court cannot

 2   presume that the guideline range is reasonable, nor can the

 3   guidelines be given more or less weight than any other

 4   factor set forth in Section 3553(a).

 5          In determining this sentence, I take very

 6   seriously my obligation to act in accordance with the

 7   Sentencing Guidelines admonition that the Court impose a

 8   sentence sufficient but not greater than necessary to comply

 9   with the purposes of sentencing.  These purposes include the

10   need for the sentence to reflect the seriousness of the

11   crime, to promote respect for the law and provide just

12   punishment for the offense.  The sentence should also deter

13   criminal conduct, protect the public from future crime by

14   the defendant and promote rehabilitation.

15          In addition to the guidelines and policy

16   statements, I must consider the nature and circumstances of

17   the offense, including the history and characteristics of

18   the defendant, the need to avoid unwarranted sentencing

19   disparities among similarly situated defendants and the kind

20   of sentences available.

21          In fashioning an appropriate sentence, the Court

22   begins with Mr. Aguinaga's history and characteristics,

23   aspects of which play a major role in the outcome of what

24   his sentence will be.

25          Mr. Aguinaga is 49 years old and was born in

1   Duarte, California.  He and his five siblings grew up in

2   lower-class neighborhoods in South El Monte and Pomona where

3   his parents provided him and his siblings with a safe home

4   and good upbringing.  Mr. Aguinaga attended El Monte Union

5   high school until the tenth grade, but he struggled with

6   untreated learning disabilities that prevented him from

7   graduating from high school.

8           Despite not obtaining a high school degree,

9   defendant went on to a successful career as a property

10  owner/landlord/businessman and public servant.  When he was

11  young, defendant purchased rental properties and used his

12  carpentry and plumbing skills to repair his own buildings.

13          From 1997 to 2005, he was employed as an inspector

14  and machine shop manager at a business called Servo

15  Products.  In 2005, he became the owner of a similar

16  business called Servo Parts Company.

17          Defendant was elected to the South El Monte city

18  council in 2003 and was elected mayor in 2009.  Prior to the

19  instant offense, defendant had no contacts with law

20  enforcement.

21          Mr. Aguinaga married Eva Rodriguez in

22  September 1990 and the couple had two daughters; Nina, age

23  25; and Angie, 23.  Defendant and Ms. Rodriguez divorced in

24  2005.

25          In September 2014, Mr. Aguinaga remarried Ms. Alma

```
 1    Saenz.  He and his wife lived together in South El Monte
 2    with Ms. Saenz' three daughters, ages 23, 18, and 10.
 3    Mr. Aguinaga's actively involved in his children's lives.
 4    All five of his daughters wrote letters to the Court
 5    explaining how he taught them to be bold, strong, loving,
 6    sensitive, unselfish, and caring women.  His wife also wrote
 7    a letter to the Court describing him as a great father
 8    figure and husband.
 9           The Court received over 50 letters of support from
10    defendant's family, friends and members of the South El
11    Monte community.  The outpouring of support for defendant is
12    more than this Court has seen for any defendant in the short
13    time that I have served as a district judge.
14           These letters describe Mr. Aguinaga as a generous,
15    caring person who's deeply committed to public service.  The
16    letters recount many times when he gave his time and
17    resources for the benefit of others, such as organizing food
18    and toy drives, delivering holiday gifts, planning
19    fundraisers and events, coaching youth sports and
20    volunteering at his church.
21           The letters, most, if not all, which were written
22    by people with full knowledge of defendant's guilty plea
23    describe defendant as a man of noble character and high
24    values who is committed, empathetic, courteous, loyal,
25    polite, respectful, hard-working and honest.
```

1          Given Mr. Aguinaga's otherwise law-abiding life,

2     his reputation for good moral character and his commitment

3     to his family community, the Court is convinced that he's

4     not likely to commit any crimes in the future.

5          The Court also considers the nature and

6     circumstances of the offense in fashioning an appropriate

7     sentence.

8          From 2005 to 2012, while he was a city councilman

9     and then mayor of South El Monte, defendant accepted cash

10    bribes from a contractor who performed engineering and

11    construction work for the city.  The contractor paid

12    defendant in increments of $500, $1,000, or $2,000.  Every

13    two or three weeks, the contractor would leave a cash-filled

14    envelope for defendant in a car or a bathroom in the South

15    El Monte City Hall.  In return for these payments, defendant

16    was influenced to approve future contracts between the city

17    and the contractor.  Although defendant donated a majority

18    of the payments to charitable causes, he spent at least some

19    of the money on personal expenses.

20         The record also indicates that defendant accepted

21    and gave at least half -- not a majority of the payments --

22    to another unindicted city official.  In the Court's view,

23    the defendant's conduct was a serious breach of the public

24    trust.  It epitomizes the worst fears of our society, that

25    access to Government is only open to those who can pay for

1    it and that elected officials use their positions of power

2    to enrich themselves at the expense of their constituents.

3           However, there are some mitigating factors that

4    weigh in favor of a lesser sentence.  Defendant did not

5    initiate or suggest the scheme for which he was convicted,

6    rather the contractor approached defendant and solicited him

7    to accept the payments.  At the time defendant was

8    approached by the C.W., defendant was in a particularly

9    vulnerable point in his life as he was going through a

10   difficult divorce and was regularly drinking too much

11   alcohol.  During his first interview with FBI Special Agent

12   Steve Novack and Todd Carter, defendant explained at length

13   how he initially and repeatedly refused the contractor's

14   bribe payments, but that the contractor took advantage of

15   his vulnerable state and eventually convinced him to go

16   along with the scheme.  As the Government noted in the

17   supplemental sentencing memorandum, the truth likely lies

18   closest to what defendant said during his first interview

19   with the FBI.

20          Accordingly, the Court views the manner in which

21   the payment scheme began as a mitigating factor.  Still the

22   Court has concerns as to the length of the scheme which

23   tends to undermine this mitigating factor.

24          The record indicates that Mr. Aguinaga was also

25   motivated to accept the payments, at least in part, by a

1    desire to contribute more money to charitable causes in his

2    community.

3           While there may be a question as to Mr. Aguinaga's

4    sincerity in donating these funds to charity and the

5    Government certainly disputes the amount that defendant

6    donated versus the amount he spent on personal expenses, the

7    Court would note that in its review of the first interview

8    with the FBI, which is -- which may be the most reliable

9    evidence on the record -- Mr. Aguinaga stated that he

10   donated -- and I'm quoting -- "almost every single penny to

11   nonprofits."  And he further stated that he "only spent the

12   money on himself once in a while to put some gas in his car

13   or to go out to dinner."

14          Mr. Aguinaga -- and that last part was a quote,

15   for the record.

16          Mr. Aguinaga only told the agents that he spent

17   more on his expenses after they expressed dissatisfaction

18   with his first answer and interrogated him aggressively.  In

19   the Court's view, there's certainly some question as to

20   whether the defendant was acting with a nefarious purpose in

21   this case.

22          In addition, there appears to be no need to impose

23   a long custodial sentence to protect the public from similar

24   crimes by the defendant because he no longer holds elected

25   office.

36

1          Further, there's some question as to the
2    defendant's role and degree of culpability in the offense.
3    When the FBI agents asked defendant what he did in exchange
4    for the bribe payments, the defendant responded "nothing"
5    and stated that the contractor, quote, "never asked him to
6    do anything specific in exchange for the money."
7          Defendant further explained that the contractor
8    already had a four-year contract that automatically renewed
9    every four years.  Defendant believed the purpose of the
10   payments was simply for the contractor to stay in the city's
11   good graces.  Although, there's no dispute that these
12   payments influenced defendant in his official capacity, this
13   is not a case where defendant regularly took action on the
14   contractor's behalf.
15         Defendant also did not use violence or threats of
16   violence in the commission of the offense.  Defendant
17   accepted responsibility for the offense by pleading guilty;
18   and, in the opinion of the probation officer, is very
19   remorseful for his actions.
20         Indeed, defendant pled guilty to an Information
21   which saved the Government the time and expense and trouble
22   of getting an Indictment.
23         Finally, the Court notes that Mr. Aguinaga has
24   several health issues, including Type II diabetes, kidney
25   disease, possible tumors, a possible aneurysm, anxiety

1   issues and long-term memory loss.  Defendant takes six

2   medications to treat these ailments, although there appears

3   to be no issue as to whether the Bureau of Prisons can

4   accommodate Mr. Aguinaga's health problems.  Given the

5   seriousness of his ailments, there's some question as to

6   whether the BOP can, in the long run, provide medical care

7   in the most effective manner for defendant.

8          In short, the Court believes that a variance is

9   warranted in this case.  Here, Mr. Aguinaga's family

10  background, employment history, dedication to his community,

11  lack of a criminal record and the other Section 3553(a)

12  factors discussed today, as well as the proposed amendment

13  to the guidelines justify a sentence below the guideline

14  range.  Under the circumstances, the Court is persuaded that

15  the following sentence is sufficient but not greater than

16  necessary to comply with the purposes of sentencing set

17  forth in 18, U.S.C. Section 3553(a).

18          First, it is the judgment of the Court that the

19  defendant, Luis Angel Aguinaga, is committed on the

20  Single-count Information to the custody of the Bureau of

21  Prisons for a term of 12 months and one day.  This sentence

22  is reasonable and proper in that it reflects the factors set

23  forth in Section 3553(a) and other congressional mandates.

24          Second, the Court finds that three years of

25  supervised release is appropriate.

1          The terms and conditions of Mr. Aguinaga's

2   supervised release shall be condition nos. 1, 3, 4 and 5 set

3   forth on page 2 of the probation officer's letter filed on

4   December 6th, 2016, which are hereby incorporated by

5   reference.

6          The Court will not impose condition number 2 which

7   would require defendant to submit to periodic drug testing.

8   Based on the information provided in the presentence report,

9   the Court finds the defendant poses a low risk of substance

10  abuse and, therefore, drug testing is not required under 18,

11  U.S.C. Section 3583(d).

12         The Court will also impose two additional

13  conditions.  First, defendant will be required to perform

14  5,000 hours of community service.

15         Second, defendant shall participate for a period

16  of 12 months in a home detention program, which may include

17  electronic monitoring, GPS, or an automated identification

18  system and shall observe all rules of such program as

19  directed by the probation officer.  Defendant's term of home

20  detention shall commence after he completes the custodial

21  portion of his sentence.

22         Defendant shall maintain a residential telephone

23  line without devices or services that may interrupt

24  operation of the monitoring equipment.

25         During this period of home detention, defendant

1  shall be restricted to his residence at all times except for

2  employment, education, religious services or gatherings,

3  medical appointments and procedures, including mental health

4  treatment, attorney visits, court-ordered obligations,

5  including community service and any educational related

6  activities related -- school or education-related activities

7  related to his children or other activities pre-approved by

8  Probation.

9          Defendant shall pay the cost of location

10  monitoring to the contract vendor, not to exceed the sum of

11  $12 for each day of participation.

12          Defendant shall provide payment and proof of

13  payments as directed by the probation officer.

14          The defendant's bond will not be exonerated until

15  after he successfully completes his term of home detention.

16          The Court finds that the duration, terms and

17  conditions of supervised release ordered are reasonably

18  related to the history and characteristics of this

19  defendant, the need for the sentence imposed to afford

20  adequate deterrence to criminal conduct and the need to

21  protect the public from further crimes of the defendant.

22          The Court also finds that the duration, terms and

23  conditions of supervised release ordered herein involve no

24  greater deprivation of liberty than is necessary for the

25  purposes set forth above.

1          Condition No. 4 is a standard condition of

2    supervision and is statutorily mandated.

3          Condition Nos. 1, 3, and 5 are imposed to

4    facilitate the payment of the monetary sanctions.

5          The community service condition is imposed because

6    the instant offense involved a breach of public trust

7    resulting in harm to defendant's community.

8          Third, the defendant shall pay to the

9    United States a total fine of $10,000 that shall bare

10   interest as provided by law.

11         The defendant shall set up a payment plan in

12   consultation with the probation officer.

13         Fourth, defendant shall pay restitution in the

14   amount of $2,000 to the Federal Bureau of Investigation.

15   The amount of restitution shall be paid in full no later

16   than 30 days from today.

17         Finally, the defendant shall pay to the

18   United States a special assessment of $100, which is due

19   immediately.  Any unpaid balance shall be due during the

20   period of imprisonment at the rate of not less than $25 per

21   quarter and pursuant to the Bureau of Prisons' Inmate

22   Financial Responsibility Program.

23         The Court will order Mr. Aguinaga to report to the

24   institution designated by the Bureau of Prisons -- how many

25   days?

1            MR. JOHNSON:  Is 60 days okay?

2            THE COURT:  Sixty days is fine.

3            MR. JOHNSON:  Thank you, Your Honor.

4            THE COURT:  Why don't we make it June 30th?

5            MR. JOHNSON:  Okay.

6            THE COURT:  On or before June 30th, at or before

7    noon.

8            In the absence of a designation by BOP, the

9    defendant shall report on or before the same date and time

10   to the United States Marshal, located at Roybal Federal

11   Building, 255 East Temple Street, Los Angeles.

12           Counsel, would your client like to request that he

13   be designated to a specific BOP institution or specific area

14   within the United States?

15           MR. JOHNSON:  Specifically, close to the

16   Los Angeles area.

17           And an additional recommendation that he be

18   considered for a halfway house as soon as practically

19   possible under the Bureau of Prison's regulation.

20           THE COURT:  Then the Court will recommend that he

21   be assigned to a federal correctional facility in Southern

22   California and considered for a halfway house -- I mean,

23   they have their regulations.

24           MR. JOHNSON:  Yes.

25           Your Honor, I also had -- I'm quickly writing down

```
1    the numbers.  I'm not disputing, but I just wanted to make
2    some clarification.  I noticed the Court imposed 5,000 hours
3    of community service and imposed the three years of
4    supervised release, and I'm quickly doing the math and it
5    seems like approximately 1,700 hours per year, but there's a
6    fine also associated with it.  And I don't want to set him
7    up for failure where he's doing community service, but he's
8    unable to work.  And then the fine is continuously -- so I'm
9    concerned that --
10           THE COURT:  That's what big firms require lawyers
11   to bill a year.
12           (Cross talk.)
13           THE COURT:  I hadn't really given it any thought
14   when I was coming out with the hours.
15           MS. PINKEL:  Your Honor, I believe based upon the
16   presentence report, the defendant has the ability to pay a
17   fine.
18           THE COURT:  No, he's talking about community
19   service whether he can do the hours.
20           MS. PINKEL:  Oh, I thought he was talking about
21   paying the fine.
22           MR. JOHNSON:  I am coupled together because I see
23   a $2,000 restitution.  I see him also incarcerated, so he's
24   unable to work.  I also see a deficiency of $23,000 going
25   into the family's account, so they'll have to work to pay
```

```
 1   this fine.  And if the only interest while he's in prison
 2   and when he's out --
 3            THE COURT:  I can order as part of the sentence
 4   that interest not be on the fine, I think.  I think I've
 5   done that in the past.
 6            Ms. Pinkel, I can do that; right?  Isn't there a
 7   statute that --
 8            MS. PINKEL:  I would have to have a minute to take
 9   a look --
10            THE COURT:  Well, I can look at it.  And if I can
11   order that it not be -- but you raise a good point.  I had
12   not really given it -- how many hours a week that would take
13   to do the --
14            MR. JOHNSON:  I only did it -- because I did the
15   math on the five-year recommendation of probation and I
16   looked at 100 hours a month, he would be really dedicated to
17   community service in working that 100 hours a month.  So if
18   he did 100 hours a month --
19            THE COURT:  That would be 3,000 for the three
20   years basically.  Three-thousand hours.  I mean, I don't --
21   I don't want to undermine his ability to make a living when
22   he gets out, and he does -- he is going to have to pay --
23   he's going to work out a payment plan on the fine.
24            MR. JOHNSON:  But I also want to make sure that
25   he's not in a position where he has to do the community but
```

1    is unable to work because of the community service.

2              THE COURT:  I understand.  I understand.  I

3    think --

4              MR. JOHNSON:  Can I make a suggestion that the

5    Court impose 3,000 hours and that there's no interest

6    associated with the fine?

7              THE COURT:  Yeah.  If I can do that, I'll do that.

8    I think I've done that in the past.  I'll look at that.

9              And the 5,000 hours was talked about in the papers

10   in the context of a five-year term of probation.  I think

11   I'll reduce it then to 3,000 because in my mind I was

12   thinking 1,000 -- I guess it was 1,000 a year, 1,000 hours.

13   So -- because to do 5,000 in three years, that would be very

14   -- that would make it very difficult for him to work and

15   make a living on top of that.

16             Okay.  So I'll change that amount and then -- the

17   community service, and then if -- and then I'll look at the

18   interest issue.

19             MS. PINKEL:  And, Your Honor, just again on the

20   subject of the defendant's ability to pay a $10,000 fine, he

21   does own real estate.  He owns real estate, rental

22   properties and gets rent on a regular basis --

23             THE COURT:  I'm giving him the fine, it's just

24   that I'm saying the payment schedule.  I understand that.

25   It's just that -- I'm making him pay the 2,000 right away

1 and then a payment schedule that he can work out with

2 Probation.  When he gets out, they can assess his financial

3 circumstances and come up with a payment plan, and they'll

4 look at all of that.

5          Mr. Aguinaga, depending on your plea agreement,

6 you may have a right to appeal the sentence which the Court

7 has imposed on you.  If you wish to do so, you should

8 discuss this matter with your lawyer who will assist you in

9 the filing of a timely Notice of Appeal.

10          If you do not have the money to pay the cost of

11 appeal, you can ask the Court upon proper application to

12 waive those costs.

13          Do you understand all of that?

14          THE DEFENDANT:  Yes, Your Honor.

15          THE COURT:  The statement of reasons shall be

16 included in the commitment order and the judgment and shall

17 be provided to the Probation Office, the Sentencing

18 Commission, and the Bureau of Prisons.  A complete copy of

19 the presentence report shall be provided to the Bureau of

20 Prisons and the Sentencing Commission.  Any other copies of

21 the report and related materials shall remain confidential.

22 If an appeal is taken, counsel on appeal shall have access

23 to the report.

24          Okay.  Counsel, anything further at this time?

25          MR. JOHNSON:  I just want -- just a clarification.

1    Now, it's 3,000 hours of community service?

2           THE COURT:  Of community service.  Instead of the

3    5,000.

4           MR. JOHNSON:  And did the Court rule that there

5    will be no interest --

6           THE COURT:  There will be no interest if assuming

7    then I can legally do it, and I have to do the research.  So

8    if I can legally do it, I'll put it in the order and cite

9    the statute.

10          Ms. Pinkel, you don't know it off the top of your

11   head on fines whether I can -- I know on some things, I can

12   waive interest and other things I can't.

13          MS. PINKEL:  I do not know, Your Honor.

14          THE COURT:  Well, I'll -- we'll look it up.

15          Anything, Ms. Pinkel, from you, anything else at

16   this point?

17          MS. PINKEL:  No, Your Honor.

18          MR. JOHNSON:  No, Your Honor.  Thank you.

19          THE CLERK:  Court is adjourned.

20          *(Thereupon, at 4:06 p.m., proceedings adjourned.)*

21

22                              *-oOo-*

23

24

25

```
1

2

3                          CERTIFICATE

4

5          I hereby certify that pursuant to Section 753,

6   Title 28, United States Code, the foregoing is a true and

7   correct transcript of the stenographically reported

8   proceedings held in the above-entitled matter and that the

9   transcript format is in conformance with the regulations of

10  the Judicial Conference of the United States.

11

12  Date:  July 10, 2018

13

14                               Lisa M. Gonzalez
                         /s/_____
15                       Lisa M. Gonzalez, U.S. Court Reporter
                         CSR No. 5920
16

17

18

19

20

21

22

23

24

25
```

**MR. JOHNSON: [28]**  3/9 3/14 4/4 4/22 4/25 5/3 5/7 5/20 5/22 5/24 9/22 10/8 19/15 19/17 24/13 25/20 27/5 29/21 40/25 41/2 41/4 41/14 41/23 42/21 43/23 44/3 45/24 46/17
**MS. PINKEL: [18]**  3/6 3/15 4/5 4/9 4/12 4/14 4/18 8/22 9/14 10/19 11/15 22/16 29/22 42/14 43/7 44/18 46/12 46/16
**THE CLERK: [2]**  3/3 46/18
**THE COURT: [42]**  3/12 3/16 4/6 4/10 4/13 4/15 4/19 4/23 5/1 5/4 5/17 5/21 8/20 9/12 10/6 10/13 11/11 19/16 22/15 24/12 25/15 25/21 25/24 26/1 26/3 27/18 29/23 41/1 41/3 41/5 41/19 42/9 42/17 43/2 43/9 43/18 44/1 44/6 44/22 45/14 46/1 46/13
**THE DEFENDANT: [5]**  25/23 25/25 26/2 26/5 45/13

**$**

**$1,000 [1]**  33/12
**$10,000 [3]**  19/9 40/9 44/20
**$100 [2]**  29/19 40/18
**$12 [1]**  39/11
**$2,000 [4]**  19/7 33/12 40/14 42/23
**$23,000 [2]**  5/14 42/24
**$25 [1]**  40/20
**$250,000 [1]**  29/18
**$45,000 [1]**  28/19
**$500 [1]**  33/12
**$95,000 [1]**  28/19

**'**

**'10 [1]**  23/13
**'11 [1]**  23/13
**'12 [1]**  23/13
**'7 [1]**  23/12
**'8 [1]**  23/12
**'9 [1]**  23/12

**-**

**-o0o [1]**  3/3
**-oOo [1]**  46/22

**/**

**/s [1]**  47/14

**1**

**1,000 [3]**  44/12 44/12 44/12
**1,700 [1]**  42/5
**10 [2]**  32/2 47/12
**10 percent [1]**  12/24
**100 [3]**  43/16 43/17 43/18
**12 [4]**  18/13 19/8 37/21 38/16
**12th [1]**  18/25
**14 [1]**  28/12
**14th [1]**  3/23
**16-521 [1]**  3/5
**16-CR-0521-FMO [1]**  1/8
**16th [1]**  11/4
**1785 [1]**  2/9
**17th [1]**  3/22
**18 [8]**  7/4 19/24 28/1 28/5 30/1 32/2 37/17 38/10
**19 [2]**  1/16 3/1

**1990 [1]**  31/22
**1997 [1]**  31/13
**1st [4]**  1/22 3/18 9/16 9/21

**2**

**2,000 [1]**  44/25
**2003 [1]**  31/18
**2005 [8]**  14/20 15/3 18/13 23/12 31/13 31/15 31/24 33/8
**2006 [1]**  31/12
**2009 [1]**  31/18
**2012 [7]**  14/20 15/1 15/3 15/11 18/25 19/8 33/8
**2014 [1]**  31/25
**2016 [5]**  3/18 3/21 11/4 28/8 38/4
**2017 [5]**  1/16 3/1 3/22 3/24 3/25
**2018 [1]**  47/12
**213 [1]**  1/23
**213.894.6077 [1]**  2/5
**21st [1]**  3/25
**23 [3]**  29/4 31/23 32/2
**24th [1]**  10/2
**25 [1]**  31/23
**255 [1]**  41/11
**27th [2]**  3/23 9/20
**28 [1]**  47/6
**28th [1]**  3/25
**2979 [1]**  1/23
**2C1.1 [4]**  28/13 28/14 28/17 28/20

**3**

**3,000 [4]**  43/19 44/5 44/11 46/1
**30 [1]**  40/16
**30th [2]**  41/4 41/6
**310-295-1785 [1]**  2/9
**312 [1]**  2/4
**350 [1]**  1/22
**3553 [9]**  7/4 16/3 19/24 28/2 30/1 30/4 37/11 37/17 37/23
**3583 [1]**  38/11
**3:01 [1]**  3/2
**3E1.1 [1]**  28/23
**3rd [1]**  3/23

**4**

**409 [1]**  2/7
**41 [1]**  29/15
**4455 [1]**  1/22
**46 [12]**  7/9 16/5 18/21 19/13 21/11 21/16 22/18 22/23 22/24 22/25 24/7 29/6
**46-month [1]**  19/4
**49 [1]**  30/25
**4:06 [1]**  46/20
**4C1.1 [1]**  29/11

**5**

**5,000 [6]**  7/23 38/14 42/2 44/9 44/13 46/3
**50 [1]**  32/9
**51 [1]**  29/15
**521 [1]**  3/5
**57 [2]**  22/24 29/6
**5920 [2]**  1/21 47/15

**6**

**60 [1]**  41/1
**60-month [1]**  7/23

**651 [1]**  2/8
**666 [1]**  28/5
**6th [2]**  3/20 38/4

**7**

**753 [1]**  47/5
**7715 [1]**  2/9

**8**

**866-941-7715 [1]**  2/9
**894-2979 [1]**  1/23

**9**

**90012 [2]**  1/23 2/5
**90277 [1]**  2/8
**9th [1]**  3/25

**A**

**abiding [1]**  33/1
**ability [6]**  5/3 18/14 19/12 42/16 43/21 44/20
**about [16]**  5/2 6/12 9/4 11/20 11/21 11/22 12/6 12/23 13/7 15/12 15/16 22/10 23/12 42/18 42/20 44/9
**above [2]**  39/25 47/8
**above-entitled [1]**  47/8
**absence [1]**  41/8
**absolutely [1]**  17/1
**abuse [1]**  38/10
**accept [7]**  6/21 6/23 20/8 20/25 21/15 34/7 34/25
**acceptance [2]**  7/8 28/24
**accepted [6]**  6/1 18/23 20/12 33/9 33/20 36/17
**accepting [2]**  18/22 25/10
**access [3]**  18/1 33/25 45/22
**accommodate [1]**  37/4
**accordance [2]**  28/1 30/6
**Accordingly [1]**  34/20
**account [3]**  7/9 28/8 42/25
**accounts [2]**  5/11 5/15
**accurate [1]**  27/21
**accused [1]**  11/1
**act [2]**  16/20 30/6
**acting [1]**  35/20
**action [1]**  36/13
**actions [2]**  16/1 36/19
**actively [1]**  32/3
**activities [3]**  39/6 39/6 39/7
**actually [1]**  15/8
**Addendum [1]**  3/21
**addition [4]**  18/4 29/24 30/15 35/22
**additional [4]**  4/1 29/9 38/12 41/17
**address [2]**  25/14 25/17
**addresses [1]**  21/21
**addressing [1]**  8/23
**adequate [1]**  39/20
**adjourned [2]**  46/19 46/20
**admits [1]**  13/1
**admitted [4]**  6/8 10/22 12/18 25/12
**admonition [1]**  30/7
**adopt [1]**  27/21
**adore [1]**  13/4
**adulation [1]**  11/25
**advantage [1]**  34/14
**advised [1]**  10/10
**Advisory [1]**  28/11

## A

afford [1] 39/19
after [11] 10/2 11/4 11/17 12/2 12/3 14/19 14/20 15/20 35/17 38/20 39/15
afternoon [3] 3/7 3/10
again [6] 8/9 12/1 14/18 16/22 24/21 44/19
age [1] 31/22
Agent [2] 3/9 34/11
agents [2] 35/16 36/3
ages [1] 32/2
aggressively [1] 35/18
agreed [1] 16/3
agreement [6] 8/16 9/8 16/4 19/5 28/10 45/5
agrees [1] 29/2
AGUINAGA [39] 1/9 3/5 3/11 3/17 5/13 5/25 6/12 6/25 7/15 10/5 12/10 14/9 20/7 20/10 20/11 20/21 21/13 21/19 21/23 22/8 22/24 25/4 25/14 25/22 28/3 29/12 30/25 31/4 31/21 31/25 32/14 34/24 35/9 35/14 35/16 36/23 37/19 40/23 45/5
Aguinaga's [10] 6/17 7/9 7/24 30/22 32/3 33/1 35/3 37/4 37/9 38/1
ahead [3] 4/14 5/22 19/17
ailments [2] 37/2 37/5
air [1] 27/13
alcohol [1] 34/11
all [26] 5/24 7/14 8/4 9/3 9/6 9/7 10/2 10/23 11/19 13/2 14/25 15/3 15/12 17/18 19/3 22/8 22/9 22/16 23/7 27/17 32/4 32/21 38/18 39/1 45/4 45/13
allow [1] 7/7
allowed [1] 9/17
Alma [1] 31/25
almost [2] 9/1 35/10
along [2] 14/25 34/16
already [4] 7/19 9/10 11/11 36/8
also [23] 3/8 6/5 6/15 7/19 8/6 10/23 19/6 22/25 24/9 27/11 30/12 32/6 33/5 33/20 34/24 36/15 38/12 39/22 41/25 42/6 42/23 42/24 43/22
although [4] 9/24 33/17 36/11 37/2
altogether [1] 21/14
altruistic [3] 18/10 18/10 18/17
always [7] 26/11 26/12 26/15 26/16 26/21 27/3 27/4
am [1] 42/22
amendment [2] 29/8 37/12
AMERICA [2] 1/6 3/5
among [1] 30/19
amount [5] 35/5 35/6 40/14 40/15 44/16
amounts [1] 9/7
analysis [1] 28/7
analyze [2] 13/14 16/2
Anaya [1] 3/9
aneurysm [1] 36/25
Angel [1] 37/19
Angeles [9] 1/15 1/23 2/5 3/1 13/21 17/8 17/18 41/11 41/16
Angie [1] 31/23
another [7] 12/10 12/11 19/22 21/24 28/17 28/20 33/22
answer [2] 8/20 35/18
anxiety [1] 36/25

any [15] 5/2 10/4 13/13 16/13 21/2 24/11 29/14 29/20 30/3 32/12 33/4 39/5 40/19 42/13 45/20
anything [12] 4/3 4/9 4/11 5/6 5/18 18/6 25/18 26/4 36/6 45/24 46/15 46/15
aol.com [1] 1/24
apart [1] 6/18
apologize [1] 26/7
apparently [1] 18/9
appeal [5] 45/6 45/9 45/11 45/22 45/22
appearances [2] 2/1 3/6
appears [4] 19/10 19/12 35/22 37/2
appellate [1] 13/22
application [2] 9/17 45/11
appointments [1] 39/3
approached [2] 34/6 34/8
appropriate [15] 7/5 8/1 10/13 10/13 16/6 18/21 19/5 19/10 19/14 21/8 23/18 27/18 30/21 33/6 37/25
approve [1] 33/16
approved [2] 29/9 39/7
approximately [5] 5/14 9/4 11/4 12/23 42/5
April [2] 1/16 3/1
are [29] 6/7 9/23 13/20 14/2 15/14 15/25 16/7 16/22 17/7 17/9 17/19 17/23 18/1 18/1 18/2 18/25 19/19 19/20 20/5 21/8 22/1 23/20 24/17 25/1 28/6 34/3 38/4 39/17 40/3
area [2] 41/13 41/16
aren't [1] 16/12
argument [6] 4/13 8/11 20/3 21/10 24/21 24/21
arrested [1] 15/10
as [53]
ask [5] 10/18 19/6 24/22 25/16 45/11
asked [5] 6/23 15/13 15/14 36/3 36/5
asking [4] 8/6 10/11 22/7 22/8
asks [1] 20/18
aspects [1] 30/23
assess [1] 45/2
assessment [2] 29/19 40/18
assigned [1] 41/21
assist [1] 45/8
ASSISTANT [1] 2/3
associated [2] 42/6 44/6
assuming [1] 46/6
attended [1] 31/4
attorney [5] 2/2 2/3 25/23 25/25 39/4
Attorney's [1] 15/10
attorneys [1] 35/18
authority [1] 28/1
automated [1] 38/17
automatically [1] 36/8
availability [2] 21/20 21/21
available [1] 30/20
avoid [1] 30/18
aware [1] 6/7
away [1] 44/25

## B

back [2] 18/13 20/21
background [1] 37/10
bad [1] 22/12
balance [5] 7/4 7/8 7/13 20/25 40/19

bare [1] 40/9
base [1] 28/12
based [4] 27/23 28/10 38/8 42/15
basically [2] 5/15 43/20
basically to [1] 5/15
basis [5] 9/3 9/7 9/11 10/23 44/22
bathroom [6] 15/6 15/21 15/21 15/22 15/23 19/1 19/2 33/14
be [49]
be very [1] 44/13
Beach [1] 2/8
became [2] 10/4 31/15
because [32] 5/11 5/23 10/8 10/14 10/21 10/25 13/24 14/9 14/10 15/9 15/16 17/7 17/14 17/21 17/24 18/12 20/25 21/17 23/22 25/4 26/20 28/15 28/18 28/21 28/25 35/24 40/5 42/22 43/14 44/1 44/11 44/13
becomes [1] 17/25
becoming [1] 25/9
been [7] 5/13 6/3 11/11 15/10 15/11 24/10 27/4
before [8] 3/18 21/2 25/18 26/5 28/10 41/6 41/6 41/9
began [1] 34/21
begin [1] 22/24
begins [1] 30/22
behalf [4] 3/11 4/12 5/19 36/14
behave [1] 15/9
behind [1] 24/22
being [4] 15/8 18/17 26/9 26/19
believe [2] 19/3 42/15
believed [1] 36/9
believes [2] 16/5 37/8
below [1] 37/13
benchmark [1] 28/7
beneficiaries [1] 14/5
benefit [4] 12/18 13/3 18/12 32/17
better [2] 7/16 7/23
between [2] 20/25 33/16
bias [1] 8/15
big [1] 42/10
bill [1] 42/11
blind [2] 7/8 20/1
bold [1] 32/5
bond [1] 39/14
BOP [3] 37/6 41/8 41/13
born [1] 30/25
both [2] 4/17 25/18
boy [1] 21/2
Brady [2] 8/14 11/1
breach [2] 33/23 40/6
bribe [17] 12/15 12/15 13/9 14/11 14/12 15/1 15/7 15/23 17/15 19/7 20/8 20/8 23/2 25/10 28/16 34/14 36/4
bribery [2] 25/5 28/4
bribes [17] 9/5 9/5 11/23 12/1 14/25 15/3 17/3 17/10 17/11 17/19 17/23 18/22 18/23 21/14 24/10 25/9 33/10
brief [1] 5/23
briefing [1] 10/16
briefly [1] 22/17
bring [1] 24/18
bugging [1] 21/7
Building [1] 41/11
buildings [1] 31/12
Bureau [8] 37/3 37/20 40/14 40/21

**B**

Bureau... [4]  40/24 41/19 45/18 45/19
business [7]  14/3 17/11 17/13 17/16 17/18 31/14 31/16
businessman [1]  31/10
buy [1]  14/12
Buying [1]  23/7

**C**

C.W [1]  34/8
CA [1]  2/8
calculates [1]  28/11
calculation [1]  29/10
CALIFORNIA [8]  1/2 1/15 1/23 2/5 3/1 17/9 31/1 41/22
called [2]  31/14 31/16
Calling [1]  3/4
came [3]  5/16 6/22 21/4
can [28]  4/16 4/17 10/16 10/17 14/7 21/6 23/11 25/12 26/13 26/25 30/2 33/25 37/3 37/6 42/19 43/3 43/6 43/10 43/10 44/4 44/7 45/1 45/2 45/11 46/7 46/8 46/11 46/11
can't [4]  16/13 17/23 17/24 46/12
cannot [1]  30/1
capacity [1]  36/12
caption [1]  9/21
car [3]  15/4 43/14 35/12
cards [1]  7/25
care [2]  12/6 37/6
cared [1]  12/8
career [1]  31/9
caring [2]  32/6 32/15
carnivals [1]  26/18
carpentry [1]  31/12
Carter [1]  34/12
case [17]  11/19 12/13 13/17 14/2 14/24 16/3 16/7 19/3 19/15 20/14 20/16 20/17 22/5 22/6 35/21 36/13 37/9
cases [4]  13/20 24/25 25/1 25/3
cash [9]  11/23 12/16 12/17 15/4 16/13 16/19 17/23 33/9 33/13
cash-filled [1]  33/13
Category [2]  29/3 29/5
Catholic [1]  26/11
causes [2]  33/18 35/1
CCRR [1]  1/21
cell [1]  7/25
central [3]  1/2 17/9 17/19
certainly [9]  6/18 6/19 7/12 13/18 14/7 22/3 24/15 35/5 35/19
CERTIFICATE [1]  47/3
certify [1]  47/5
challenge [1]  8/9
chance [1]  10/19
change [4]  4/8 5/6 11/5 44/16
Chapter [1]  29/13
character [9]  6/10 6/16 14/22 15/2 16/1 17/15 18/10 32/23 33/2
characteristic [1]
characteristics [6]  18/9 21/18 24/5 30/17 30/22 39/18
charged [1]  15/11
charging [1]  28/4
charitable [1]  13/7 16/17 33/18 35/1
charities [3]  13/9 14/10 14/12

charity [4]  12/25 13/3 14/4 35/4
Chicago [1]  13/19
chief [1]  12/19
children [1]  39/7
children's [1]  32/3
church [4]  26/11 26/13 26/17 32/20
Circuit [3]  13/17 22/5 22/10
circumstance [7]  6/24 7/6 21/5 21/5 23/3 23/10 23/12
circumstances [19]  6/5 7/2 7/10 16/8 16/13 16/23 18/20 20/2 21/19 24/6 24/8 24/25 25/10 25/11 27/16 30/16 33/6 37/14 45/3
cite [1]  46/8
cited [1]  13/16
cites [1]  22/5
cities [1]  17/18
city [9]  15/6 15/10 17/11 31/17 33/8 33/11 33/15 33/16 33/22
city's [1]  36/10
claims [1]  12/5
clarification [1]  42/2 45/25
clarify [1]  10/25
class [1]  31/2
Claus [1]  18/15
clear [4]  7/20 8/6 11/3 11/6
clearly [1]  23/15
client [4]  4/21 4/25 5/19 41/12
close [1]  41/15
closest [1]  34/18
coaching [1]  32/19
Coast [1]  2/7
Code [1]  47/6
collar [2]  23/22 23/24
collect [1]  15/23
come [7]  15/20 15/21 15/21 18/14 19/1 19/1 45/3
comes [1]  22/13
coming [4]  6/12 7/12 27/18 42/14
commence [1]  38/20
commission [4]  29/8 36/16 45/18 45/20
commit [2]  23/21 33/4
commitment [3]  33/2 45/16
commits [1]  17/24
committed [3]  32/15 32/24 37/19
communities [1]  17/8
community [49]
community's [1]  20/19
Company [1]  31/16
complete [1]  45/18
completely [3]  17/12 17/16 17/24
completes [2]  38/20 39/15
comply [2]  30/8 37/16
concerned [2]  22/10 42/9
concerned that [1]
concerns [2]  5/2 34/22
condition [6]  38/2 38/6 40/1 40/1 40/3 40/5
conditions [4]  38/1 38/13 39/17 39/23
conduct [6]  6/19 14/21 15/25 18/22 23/14 30/13 33/23 39/20
Conference [1]  47/10
confidential [7]  8/7 8/12 8/14 9/4 15/14 15/18 45/21
confinement [1]  7/17
conformance [1]  47/9

Congress [1]  7/21
congressional [1]  37/23
consider [12]  8/7 8/25 10/11 10/19 10/21 14/7 16/22 16/23 18/9 18/19 29/25 30/16
considered [5]  3/19 8/21 10/5 41/18 41/22
considering [7]  8/18 9/14 10/12 10/14 10/15 24/4 29/24
considers [1]  33/5
consistent [1]  19/21
consistently [1]  21/20
constituents [2]  12/1 34/2
construction [1]  33/11
consultation [1]  40/12
consulted [1]  28/8
contacts [1]  31/19
contents [1]  4/24
contest [2]  4/8 5/6
context [2]  9/23 44/10
continuous [1]  23/13
continuously [1]  42/8
contract [2]  36/8 39/10
contractor [11]  16/17 17/14 33/10 33/11 33/13 33/17 34/6 34/14 36/5 36/7 36/10
contractor's [2]  34/13 36/14
contractors [2]  16/14 17/11
contracts [1]  33/16
contribute [1]  35/1
convicted [2]  24/10 34/5
convictions [1]  29/14
convinced [2]  33/3 34/15
cooperating [2]  20/6 20/9
cooperation [2]  25/4 25/6
copies [1]  45/20
copy [1]  45/18
correct [2]  27/21 47/7
correction [1]  7/21
correctional [1]  41/21
corroborated [3]  9/1 9/7 10/23
corroborates [2]  9/9 11/10
corrupt [1]  11/20
corruption [2]  12/20 13/21
corrupts [1]  17/24
cost [2]  39/9 45/10
costs [1]  45/12
could [7]  8/24 8/25 14/21 15/5 15/6 15/23 26/8
council [1]  31/18
councilman [2]  11/23 33/8
counsel [8]  3/6 3/9 4/3 11/1 29/20 41/12 45/22 45/24
count [2]  28/3 37/20
County [2]  17/8 17/18
couple [1]  31/22
coupled [1]  42/22
course [1]  8/3
court [91]
Court's [4]  10/12 28/7 33/22 35/19
court-ordered [1]  39/4
courteous [1]  32/24
Courthouse [2]  1/22 2/4
CR [1]  1/8
create [1]  24/9
credit [1]  23/11
crime [8]  13/10 13/11 13/15 23/20

**C**

crime... [4]  23/22 24/6 30/11 30/13
crime's [1]  29/19
crimes [4]  23/21 33/4 35/24 39/21
criminal [10]  24/7 7/1 15/25 18/22 29/3
 29/5 29/13 30/13 37/11 39/20
Cross [1]  42/12
CSR [2]  1/21 47/15
csrlisag [1]  1/24
Cudahy [1]  15/9
culpability [1]  36/2
curry [1]  14/15
custodial [5]  18/6 19/13 24/7 35/23
 38/20
custody [4]  17/6 24/1 29/6 37/20
cut [1]  17/16

**D**

dad [2]  26/21 26/21
date [5]  5/12 5/13 15/1 41/9 47/12
daughters [3]  31/22 32/2 32/4
day [2]  37/21 39/11
days [4]  40/16 40/25 41/1 41/2
dead [1]  20/12
dealing [1]  13/21
dealt [1]  18/24
December [2]  3/20 38/4
December 6th [2]  3/20 38/4
decision [1]  27/2
decrease [3]  28/24 29/10 29/12
dedicated [1]  43/16
dedication [1]  37/10
deep [1]  27/9
deeply [1]  32/15
defendant [79]
defendant's [14]  3/24 9/3 18/8 18/22
 28/12 29/15 32/10 32/22 33/23 36/2
 38/19 39/14 40/7 44/20
defendants [4]  23/21 24/10 29/12
 30/19
defense [3]  4/5 11/3 11/7
deficiency [1]  42/24
degree [2]  31/8 36/2
delivering [1]  32/18
demonstrate [1]  7/18
demonstrates [1]  25/8
depending [1]  45/5
deprivation [1]  39/24
describe [3]  6/20 32/14 32/23
described [1]  30/1
describing [1]  32/7
designated [2]  40/24 41/13
designation [1]  41/8
desire [3]  11/24 11/25 35/1
Despite [1]  31/8
details [1]  9/6
detention [4]  38/16 38/20 38/25 39/15
deter [1]  30/12
determining [1]  30/5
deterrence [1]  39/20
devices [1]  38/23
diabetes [1]  36/24
did [27]  4/24 9/13 11/6 11/8 12/16
 13/1 13/2 13/14 14/9 15/8 20/16 22/16
 25/11 25/22 25/24 25/25 26/1 26/19
 27/10 27/11 34/4 36/3 36/15 43/14
 43/14 43/18 46/4

**D** (continued)

didn't [10]  10/1 10/1 10/15 11/12
 11/22 14/23 20/13 23/5 26/20 27/4
difference [2]  12/8 25/2
different [2]  12/10 25/1
difficult [8]  20/10 21/4 23/3 23/10
 23/11 27/2 34/10 44/14
dinner [2]  14/14 35/13
diploma [1]  27/8
directed [2]  38/19 39/13
directly [1]  16/17
dirty [3]  12/11 19/22 21/24
disabilities [1]  31/6
disagree [1]  19/18
discount [1]  18/11
discounted [2]  14/10 18/17
discuss [1]  45/8
discussed [2]  4/22 37/12
disease [1]  36/25
dishonest [1]  16/18
disparities [1]  30/19
disparity [3]  24/9 24/23 25/7
dispensing [1]  14/3
dispute [3]  20/11 20/11 36/11
disputes [1]  35/5
disputing [1]  42/1
disregard [1]  20/18
dissatisfaction [1]  35/17
district [5]  1/1 1/2 1/22 13/23 13/24
 17/9 17/19 22/10 32/13
DIVISION [1]  1/3
divorce [2]  6/22 34/10
divorced [1]  31/23
do [37]  4/8 4/11 5/2 5/6 5/8 5/18 5/21
 7/15 8/8 10/7 16/18 17/5 17/17 18/2
 18/13 24/1 24/2 25/18 26/2 26/4 26/11
 26/12 36/6 42/19 43/6 43/13 43/25
 44/7 44/7 44/13 45/7 45/10 45/13 46/7
 46/7 46/8 46/13
documents [2]  3/20 5/24
does [5]  6/20 18/9 29/20 43/22 44/21
doesn't [6]  17/14 17/15 22/7 23/22
 24/21 27/7
doing [4]  15/16 17/11 42/4 42/7
don't [16]  7/12 10/20 11/9 11/13 15/19
 20/25 23/7 23/8 23/9 23/21 26/25 41/4
 42/6 43/20 43/21 46/10
donate [1]  18/14
donated [4]  13/3 33/17 35/6 35/10
donating [2]  26/18 35/4
donation [1]  16/17
done [5]  6/8 17/13 22/8 43/5 44/8
doors [1]  15/4
down [4]  12/13 12/14 27/9 41/25
drinking [1]  34/10
drinks [1]  23/7
drives [1]  32/18
drug [2]  38/7 38/10
Duarte [1]  31/1
due [2]  40/18 40/19
duration [2]  39/16 39/22
during [8]  5/16 15/13 20/10 27/20
 34/11 34/18 38/25 40/19

**E**

each [2]  24/16 39/11
early [1]  20/13
East [1]  41/11

edition [1]  28/8
education [2]  39/2 39/6
education-related [1]  39/6
educational [1]  39/5
effective [1]  37/7
either [3]  4/16 10/16 29/20
El [8]  12/5 31/2 31/4 31/17 32/1 32/10
 33/9 33/15
elected [8]  12/14 17/9 23/18 28/21
 31/17 31/18 34/1 35/24
electronic [1]  38/17
eloquent [1]  20/22
else [7]  4/3 5/18 11/10 11/14 25/18
 26/25 46/15
Email [1]  2/10
embarrassing [1]  6/14
empathetic [1]  32/24
employed [2]  5/13 31/13
employment [2]  37/10 39/2
end [5]  16/4 18/20 19/4 22/19 22/25
ending [1]  22/22
enforcement [1]  31/20
engaged [1]  11/1
engaging [1]  16/20
engineering [1]  33/10
enormous [1]  13/23
enrich [1]  34/2
entire [2]  14/13 17/2
entirely [3]  20/5 21/7 21/7
entitle [1]  29/9
entitled [1]  47/8
envelope [1]  33/14
envelopes [2]  15/4 23/8
Epiphany [1]  26/17
epitomizes [1]  33/24
equipment [1]  38/24
especially [2]  14/9 19/24
ESQ [1]  2/7
essence [1]  12/13
essentially [1]  9/1
estate [2]  44/21 44/21
Eva [1]  31/21
evaluate [4]  7/3 8/14 22/4 24/24
evaluated [1]  8/4
evaluating [1]  5/17
even [6]  13/3 13/10 16/15 22/14 23/8
 23/8
event [1]  10/4
events [2]  21/19 32/19
eventually [1]  34/15
ever [1]  23/8
every [4]  9/1 33/12 35/10 36/9
everybody [1]  13/11
everyone [2]  3/13 13/4
everything [4]  11/10 11/14 11/15 14/9
evidence [7]  9/2 9/9 10/24 14/11 19/3
 24/18 35/9
ex [2]  9/17 11/17
exceed [1]  39/10
except [2]  27/19 39/1
exchange [2]  36/3 36/6
excuses [2]  6/19 6/20
exercise [1]  28/1
Exhibit [1]  9/22
exonerated [1]  39/14
expense [2]  34/2 36/21
expenses [5]  5/16 5/16 33/19 35/6

**E**

expenses... [1] 35/17
explain [2] 4/24 25/25
explained [2] 34/12 36/7
explaining [1] 32/5
expressed [1] 35/17
expressions [1] 14/4
extent [2] 5/17 13/7
extort [1] 17/10
extremely [2] 17/21 18/5
eyes [1] 16/15

**F**

face [1] 12/7
facilitate [1] 40/4
facility [1] 41/21
fact [3] 13/25 14/8 22/24
factor [3] 30/4 34/21 34/23
factors [14] 7/8 7/13 7/14 8/4 16/3
20/5 22/4 24/17 25/2 27/17 29/25 34/3
37/12 37/22
facts [8] 10/22 12/14 14/24 16/6 19/14
20/2 21/23 24/21
factual [4] 9/3 9/7 9/11 10/23
fails [1] 21/17
failure [1] 42/7
fair [5] 8/9 8/13 8/16 20/17 27/18
fairness [1] 22/9
falling [1] 6/18
family [10] 6/13 26/7 26/19 26/20
26/23 27/3 27/13 32/10 33/3 37/9
family's [1] 42/25
far [2] 12/9 12/9
fashion [1] 8/2
fashioning [2] 30/21 33/6
father [1] 32/7
faulted [1] 25/7
favor [2] 14/15 34/4
favorable [1] 8/16
favors [1] 14/3
Fax [1] 2/9
FBI [10] 3/9 9/22 12/19 15/8 19/7 23/6
34/11 34/19 35/8 36/3
fears [1] 33/24
February [7] 3/22 3/23 3/23 3/25 3/25
9/20 10/2
February 14th [1] 3/23
February 17th [1] 3/22
February 21st [1] 3/25
February 24th [1] 10/2
February 27th [2] 3/23 9/20
February 28th [1] 3/25
federal [4] 28/4 40/14 41/10 41/21
felt [1] 6/18
FERNANDO [1] 1/4
few [1] 25/16
fighting [2] 20/16 20/17
figure [1] 32/8
file [3] 9/18 10/7 10/8
filed [16] 3/20 3/21 3/23 3/24 4/2 9/16
9/17 9/20 9/22 10/2 10/3 10/9 10/25 11/16
11/17 27/24 38/3
filing [2] 9/21 45/9
filled [1] 33/13
final [2] 15/1 15/7
Finally [2] 36/23 40/17
financial [3] 5/10 40/22 45/2

find [3] 20/8 27/20 27/24
finding [1] 25/3
finds [4] 37/24 38/9 39/16 39/22
fine [16] 5/17 19/10 19/12 29/18 40/9
41/2 42/6 42/8 42/17 42/21 43/1 43/4
43/23 44/6 44/20 44/23
fines [1] 46/11
firms [1] 42/10
first [9] 6/25 12/22 19/20 34/11 34/18
35/7 35/18 37/18 38/13
five [4] 31/1 32/4 43/15 44/10
five-year [2] 43/15 44/10
FMO [1] 1/8
focus [1] 7/7
following [2] 3/19 37/15
follows [1] 28/12
food [1] 32/17
football [1] 14/14
foregoing [1] 47/6
format [1] 47/9
forth [8] 9/2 9/10 11/11 30/4 37/17
37/23 38/3 39/25
forward [2] 10/17 24/18
four [4] 28/21 29/13 36/8 36/9
four-level [1] 28/21
four-year [1] 36/8
Fourth [1] 40/13
FRAUDS [1] 2/3
friends [4] 26/14 26/18 27/3 32/10
full [6] 6/1 6/21 32/22 40/15
fully [4] 5/13 6/7 6/13 6/15
fund [1] 29/19
fundraisers [1] 32/19
funds [1] 35/4
further [6] 25/7 35/11 36/1 36/7 39/21
45/24
future [3] 30/13 33/4 33/16

**G**

gas [2] 12/20 35/12
gathering [2] 19/21 19/22
gatherings [1] 39/2
gave [2] 32/16 33/21
generous [1] 32/14
get [6] 11/23 16/19 18/1 23/21 23/23
25/9
gets [5] 17/3 17/3 43/22 44/22 45/2
getting [1] 36/22
gifts [1] 32/18
give [5] 4/17 10/8 10/19 13/23 24/8
given [6] 19/3 30/3 33/1 37/4 42/13
43/12
giving [2] 21/1 44/23
go [8] 4/14 5/22 10/17 15/22 19/17
23/25 34/15 35/13
goal [1] 12/9
going [11] 6/21 10/19 17/6 17/16
17/17 18/1 18/13 34/9 42/24 43/22
43/23
Gonzalez [3] 1/21 47/14 47/15
good [15] 3/7 3/10 5/25 6/3 16/15
16/20 21/4 21/13 22/8 22/11 22/12
31/4 33/2 36/11 43/1
got [3] 11/8 12/17 18/11
GOVERNMENT [27] 2/2 4/12 8/9 8/15
9/2 9/10 9/17 9/24 10/18 10/24 16/3
16/5 19/4 19/6 19/19 19/21 20/1 20/18

20/24 21/20 22/5 24/18 28/25 33/25
34/16 35/5 36/21
Government's [3] 3/22 9/19 21/9
GPS [1] 38/17
graces [1] 36/11
grade [1] 31/5
graduating [1] 31/7
gratitude [2] 14/3 14/4
great [4] 13/11 13/11 16/1 32/7
greater [3] 30/8 37/15 39/24
greed [1] 11/24
grew [1] 31/1
group [1] 16/18
guess [2] 17/14 44/12
guided [2] 22/2 26/14
guideline [11] 18/20 28/11 29/6 29/10
29/11 29/13 29/15 29/16 29/25 30/2
37/13
guidelines [19] 7/5 16/2 16/5 19/23
19/25 22/1 22/1 22/3 22/3 22/20 22/24
28/6 28/9 28/13 29/8 30/3 30/7 30/15
37/13
guilty [7] 3/17 20/13 28/3 29/1 32/22
36/17 36/20
guy [1] 21/7

**H**

had [13] 6/2 11/3 13/16 14/21 15/10
15/11 18/13 24/18 31/19 31/22 36/8
41/25 43/11
hadn't [1] 42/13
half [3] 12/23 12/23 33/21
halfway [2] 41/18 41/22
hall [2] 15/6 33/15
hand [1] 16/19
handing [1] 22/2
happy [1] 8/19
hard [1] 32/25
hard-working [1] 32/25
harm [1] 40/7
has [28] 5/13 5/24 6/8 6/8 6/25 7/22
8/4 8/19 9/10 11/10 16/1 17/13 18/10
18/17 19/4 19/11 19/19 22/8 24/11
25/11 27/10 27/12 32/12 34/22 36/23
42/16 43/25 45/7
hasn't [1] 8/24
hated [1] 26/9
have [50]
haven't [3] 8/21 9/14 9/14
having [2] 7/25 11/1
he [120]
he's [17] 6/1 6/2 6/3 16/9 17/16 20/12
20/16 25/8 33/3 42/7 42/7 42/18 42/23
43/1 43/2 43/23 43/25
head [1] 46/11
health [3] 36/24 37/4 39/3
hearing [2] 11/5 27/20
heart [3] 21/13 24/20 27/9
held [2] 23/19 47/8
help [8] 13/5 16/15 16/16 21/6 23/4
26/12 26/13 27/9
helped [1] 14/16
helpful [1] 13/20
helping [3] 16/9 26/16 26/21
here [11] 6/7 6/19 7/7 16/8 16/23
18/18 19/5 20/19 21/8 26/14 37/9
hereby [1] 27/21 38/4 47/5

**H**

**herein [1]** 39/23
**high [7]** 22/13 23/19 27/8 31/5 31/7 31/8 32/23
**highlight [1]** 20/16
**Highway [1]** 2/7
**him [35]** 6/3 6/7 6/11 6/13 6/22 6/23 7/18 7/25 10/19 13/4 14/16 14/17 14/17 15/23 18/14 21/1 21/15 24/8 25/16 25/17 26/22 27/15 28/4 31/3 31/6 32/7 34/6 34/15 35/18 36/5 42/6 42/23 44/14 44/23 44/25
**himself [4]** 6/14 13/2 27/13 35/12
**his [77]**
**history [13]** 7/1 7/10 18/8 18/16 21/8 24/4 29/3 29/15 29/13 30/17 30/22 37/10 39/18
**holds [1]** 35/24
**holiday [1]** 32/18
**home [7]** 7/17 22/14 31/3 38/16 38/19 38/25 39/15
**HON [1]** 1/4
**honest [2]** 16/18 32/25
**Honor [40]** 3/7 3/10 3/15 3/16 4/5 4/6 4/10 4/13 4/23 5/4 5/21 6/9 7/13 8/4 8/23 9/15 10/9 11/19 19/2 19/16 19/18 22/17 25/20 25/21 26/6 26/8 26/23 27/1 27/5 27/6 29/22 29/23 41/3 41/25 42/15 44/19 45/14 46/13 46/17 46/18
**horrible [1]** 6/1
**horribly [1]** 25/11
**hours [15]** 7/23 38/14 42/2 42/5 42/14 42/19 43/12 43/16 43/17 43/18 43/20 44/5 44/9 44/12 46/1
**house [2]** 41/18 41/22
**how [13]** 9/4 9/5 13/7 13/8 13/14 15/8 17/5 18/24 26/25 32/5 34/13 40/24 43/12
**However [2]** 29/7 34/3
**husband [1]** 32/8

**I**

**I'll [10]** 4/17 10/8 24/14 44/7 44/8 44/11 44/16 44/17 46/8 46/14
**I'm [21]** 6/19 9/13 9/25 10/14 10/15 10/19 26/9 26/23 26/24 27/1 27/1 27/5 27/7 35/10 41/25 42/1 42/4 42/8 44/23 44/24 44/25
**I've [3]** 27/4 43/4 44/8
**identification [1]** 38/17
**ignore [1]** 7/12
**ignoring [1]** 13/25
**II [1]** 36/24
**illegal [1]** 20/12
**imagined [1]** 26/8
**immediately [1]** 40/19
**importance [1]** 27/17
**important [3]** 17/7 19/20 27/14
**impose [6]** 26/5 30/7 35/22 38/6 38/12 44/5
**imposed [8]** 27/12 29/21 39/19 40/3 40/5 42/2 42/3 45/7
**imprisonment [1]** 40/20
**inaccuracy [1]** 5/9
**inappropriate [5]** 21/11 21/12 21/16 21/17 21/25
**incarcerated [1]** 42/23

**incarceration [1]** 22/14
**include [2]** 30/9 38/16
**included [1]** 45/16
**including [4]** 30/17 36/24 39/3 39/5
**incorporated [2]** 27/22 38/4
**increase [3]** 28/15 28/18 28/21
**increments [1]** 33/12
**Indeed [1]** 36/20
**indicates [2]** 33/20 34/24
**indictment [2]** 20/14 36/22
**individual [2]** 6/22 8/2
**individuals [1]** 21/1
**influenced [1]** 33/16 36/12
**influential [1]** 13/25
**informant [1]** 15/18
**information [7]** 25/6 27/24 27/24 28/4 36/20 37/20 38/8
**initial [2]** 5/9 28/7
**initially [1]** 34/13
**initiate [1]** 34/5
**initiated [1]** 20/7
**Inmate [1]** 40/21
**inspector [1]** 31/13
**instant [3]** 28/15 31/19 40/6
**instead [2]** 26/19 46/2
**institution [2]** 40/24 41/13
**instructive [2]** 13/17 13/18
**integrity [2]** 8/8 12/4
**intent [3]** 18/22 26/15 29/1
**intentional [1]** 15/25
**interest [8]** 40/10 43/1 43/4 44/5 44/18 46/5 46/6 46/12
**interesting [1]** 13/20
**interrogated [1]** 35/18
**interrupt [1]** 38/23
**interview [6]** 5/12 9/22 12/22 34/11 34/18 35/7
**interviews [1]** 12/19
**introduction [1]** 24/16
**Investigation [1]** 40/14
**involve [2]** 25/3 39/23
**involved [4]** 28/15 28/21 32/3 40/6
**is [143]**
**is no [1]** 9/12
**Isn't [1]** 43/6
**issue [4]** 10/17 21/21 37/3 44/18
**issues [2]** 36/24 37/1
**it [103]**
**it's [27]** 7/1 10/21 10/23 11/9 11/21 11/22 12/25 13/11 13/15 13/15 13/17 13/18 13/18 15/25 16/8 16/10 17/7 18/5 21/12 21/17 22/25 23/22 24/4 24/20 44/23 44/25 46/1
**Item [1]** 3/4
**its [4]** 12/13 16/4 28/1 35/7

**J**

**jail [3]** 7/20 7/25 21/16
**January [2]** 3/23 3/25
**January 3rd [1]** 3/23
**January 9th [1]** 3/25
**JOHNSON [11]** 2/6 2/7 3/11 4/17 4/21 8/22 11/7 22/18 23/2 43/14 46/4
**judge [3]** 1/4 1/4 32/13
**judgment [2]** 37/18 45/16
**Judicial [1]** 47/10
**July [2]** 15/11 47/12

**jump [2]** 21/11 22/23
**jumping [1]** 22/6
**June [2]** 41/4 41/6
**June 30th [1]** 41/4 41/6
**just [35]** 5/17 7/11 8/1 8/16 10/10 10/25 11/12 11/12 12/10 12/10 12/24 14/18 16/25 17/24 18/4 22/1 22/7 22/10 22/17 23/22 24/14 24/21 25/4 25/7 26/6 26/16 26/22 27/2 30/11 42/1 44/19 44/23 44/25 45/25 45/25
**justified [1]** 21/5
**justify [1]** 37/13
**justifying [1]** 20/1

**K**

**kidney [1]** 36/24
**kids [2]** 26/19 26/20
**kind [3]** 16/10 29/14 30/19
**knew [5]** 15/12 15/16 21/1 23/4 25/5
**know [16]** 4/1 5/23 10/17 14/14 18/15 23/6 23/9 23/9 23/9 25/14 26/25 27/6 29/20 46/10 46/11 46/13
**knowledge [1]** 32/22
**knows [3]** 6/3 20/11 22/19

**L**

**lack [1]** 37/11
**laid [5]** 6/2 19/19 20/4 22/6 24/16
**landlord [1]** 31/10
**largesse [1]** 14/5
**last [3]** 8/23 18/13 35/14
**later [3]** 12/24 15/18 40/15
**laudable [2]** 12/9 16/9
**Laurie [1]** 3/9
**law [23]** 2/6 16/25 17/23 21/12 30/11 31/19 33/1 40/10
**law-abiding [1]** 33/1
**lawyer [1]** 45/8
**lawyers [1]** 42/10
**lay [1]** 25/2
**league [4]** 14/13 20/23 20/23 21/2
**learning [1]** 31/6
**least [4]** 12/23 33/18 33/21 34/25
**leave [2]** 22/3 33/13
**left [2]** 9/5 17/17
**legally [1]** 46/7 46/8
**length [2]** 34/12 34/22
**leniency [1]** 13/24
**less [6]** 5/14 5/14 18/6 28/19 30/3 40/20
**lesser [1]** 34/4
**let [2]** 10/18 25/17
**letter [6]** 6/2 6/10 8/7 20/22 32/7 38/3
**letters [15]** 4/1 6/6 7/11 8/5 13/6 13/16 13/24 20/19 20/24 24/25 32/4 32/9 32/14 32/16 32/21
**level [10]** 7/20 22/14 27/12 28/12 28/15 28/18 28/21 28/24 29/4 29/11
**liberty [1]** 39/24
**lies [1]** 34/17
**life [9]** 6/4 6/4 6/5 6/17 6/18 26/8 26/10 33/1 34/9
**like [14]** 6/18 9/6 14/3 14/8 14/16 18/3 18/15 21/13 23/7 25/14 26/22 29/12 41/12 42/5
**likely [2]** 33/4 34/17
**limited [2]** 25/10

## L

**line [1]** 38/23
**Lisa [3]** 1/21 47/14 47/15
**listed [1]** 5/11
**listening [1]** 20/20
**little [4]** 14/13 20/23 20/23 21/2
**lived [1]** 32/1
**lives [1]** 32/3
**living [3]** 5/15 43/21 44/15
**located [1]** 41/10
**location [1]** 39/9
**lodged [2]** 9/19 11/16
**lodging [1]** 9/19
**long [6]** 11/6 18/21 24/6 35/23 37/1 37/6
**long-term [2]** 18/21 37/1
**longer [1]** 35/24
**look [23]** 7/2 7/3 7/8 7/11 8/1 8/12 11/9 11/14 14/24 15/2 15/7 16/15 19/25 20/1 21/8 21/23 22/7 43/9 43/10 44/8 44/17 45/4 46/14
**looked [4]** 11/14 11/15 13/8 43/16
**looking [7]** 7/14 8/17 21/14 22/10 25/5 27/16 27/17
**Los [9]** 1/15 1/23 2/5 3/1 13/21 17/8 17/18 41/11 41/16
**Los Angeles [2]** 41/11 41/16
**loss [1]** 37/1
**lot [7]** 13/19 13/20 18/12 19/18 20/24 24/2 25/5
**loving [1]** 32/5
**low [6]** 16/4 18/20 19/4 22/19 22/25 38/9
**low-end [2]** 18/20 19/4
**lower [1]** 31/2
**lower-class [1]** 31/2
**loyal [1]** 32/24
**LUIS [5]** 1/9 3/5 3/11 12/10 37/19

## M

**machine [1]** 31/14
**made [2]** 5/25 8/3
**mailed [2]** 9/25 10/1
**main [1]** 7/7
**maintain [1]** 38/22
**major [2]** 2/3 30/23
**majority [2]** 33/17 33/21
**make [17]** 3/6 6/20 7/20 8/6 11/2 12/8 12/11 16/14 16/17 27/2 41/4 42/1 43/21 43/24 44/4 44/14 44/15
**making [1]** 44/25
**man [6]** 5/25 6/3 21/4 27/10 27/11 32/23
**manager [1]** 31/14
**mandated [1]** 40/2
**mandates [1]** 37/23
**mandatory [1]** 13/18
**manner [2]** 34/20 37/7
**many [10]** 6/2 6/10 14/8 14/21 17/7 17/9 23/14 32/16 40/24 43/12
**March [2]** 9/16 9/21
**March 1st [2]** 9/16 9/21
**married [1]** 31/21
**Marshal [1]** 41/10
**material [2]** 8/14 11/13
**materially [1]** 10/22
**materials [1]** 45/21

**math [2]** 42/4 43/15
**matter [6]** 13/14 17/5 26/12 27/4 45/9 47/8
**matters [1]** 5/10
**maximum [1]** 29/18
**may [8]** 8/15 19/16 24/25 35/3 35/8 38/16 38/23 45/6
**maybe [2]** 12/24 23/10
**mayor [4]** 11/23 25/9 31/18 33/9
**me [14]** 3/8 3/18 10/10 10/18 10/18 11/1 15/21 15/21 15/22 19/1 19/2 21/7 26/11 26/14
**meals [1]** 12/21
**mean [5]** 23/20 23/23 23/23 41/22 43/20
**meaningfully [1]** 27/25
**means [2]** 11/20 17/25
**medical [2]** 37/6 39/3
**medications [1]** 37/2
**meeting [2]** 15/13 23/6
**members [2]** 26/20 32/10
**memorandum [1]** 34/17
**memory [1]** 37/1
**mental [1]** 39/3
**mention [1]** 27/7
**mentions [1]** 23/2
**merely [2]** 9/9 11/10
**message [7]** 17/1 17/12 17/20 18/7 19/22 21/24 22/15
**mind [1]** 21/6 23/4 44/11
**minute [1]** 43/8
**missing [1]** 21/9
**mistake [5]** 6/1 11/21 13/23 14/18 15/24
**mitigating [9]** 6/24 16/8 16/12 16/23 20/5 24/17 34/3 34/21 34/23
**modification [1]** 5/8
**monetary [1]** 40/4
**money [24]** 6/23 11/25 12/11 12/15 12/16 12/20 13/1 13/3 13/9 13/10 13/12 13/15 14/11 14/12 17/15 18/14 21/7 23/15 24/19 33/19 35/1 35/12 36/6 45/10
**monitoring [3]** 38/17 38/24 39/10
**Monte [8]** 12/5 31/2 31/4 31/17 32/1 32/11 33/9 33/15
**month [9]** 7/23 12/2 12/2 14/19 14/20 19/4 43/16 43/17 43/18
**months [14]** 7/9 16/5 18/21 19/13 21/11 21/16 22/18 22/23 22/25 24/7 29/7 29/15 37/21 38/16
**moral [4]** 14/22 16/1 17/15 33/2
**morally [2]** 21/12 22/19
**more [7]** 26/2 28/15 28/19 30/3 32/12 35/1 35/17
**morning [1]** 6/12
**most [4]** 25/1 32/21 35/8 37/7
**motivated [1]** 11/24 34/25
**moving [1]** 11/19
**Mr [45]** 3/11 3/17 5/13 6/12 6/17 6/25 7/9 7/15 7/24 8/22 10/5 11/7 11/7 14/9 20/7 20/10 20/11 21/13 21/23 22/8 25/4 25/14 25/22 28/3 29/12 30/22 30/25 31/4 31/21 31/25 32/14 33/1 34/24 35/3 35/9 35/14 35/16 36/23 37/4 37/9 38/1 40/23 43/14 45/5 46/4
**Mr. [9]** 4/17 4/21 5/20 21/19

22/18 22/24 23/2 32/3
**Mr. Aguinaga [4]** 5/23 20/21 21/19 22/24
**Mr. Aguinaga's [1]** 32/3
**Mr. Johnson [4]** 4/17 4/21 22/18 23/2
**Ms [9]** 4/7 25/20 31/23 31/25 32/2 42/20 43/6 46/10 46/15
**much [5]** 7/23 9/5 17/5 24/2 34/10
**must [2]** 29/25 30/16
**my [20]** 7/7 8/11 11/13 13/16 26/7 26/8 26/10 26/11 26/14 26/15 26/18 26/18 26/19 26/19 26/21 26/21 26/23 27/3 30/6 44/11

## N

**nature [4]** 18/19 24/5 30/16 33/5
**necessary [4]** 19/14 30/8 37/16 39/24
**need [10]** 4/18 11/13 16/24 18/4 26/2 30/10 30/18 35/22 39/19 39/20
**needs [3]** 10/21 11/9 17/12
**nefarious [1]** 35/20
**neighborhoods [1]** 31/2
**Nelson [1]** 3/9
**nervous [2]** 15/9 15/13
**Nina [1]** 31/22
**no [35]** 1/8 4/5 4/6 4/10 5/4 9/12 10/9 13/14 16/7 16/22 17/5 20/11 20/11 23/20 25/20 26/3 26/12 29/14 29/22 29/23 31/19 35/22 35/24 36/11 37/3 39/23 40/1 40/15 42/18 44/5 46/5 46/6 46/17 46/18 47/15
**noble [1]** 32/23
**non [1]** 7/1
**non-violent [1]** 7/1
**nonprofits [4]** 13/9 14/10 14/12 35/11
**nonviolent [1]** 7/15
**noon [1]** 41/7
**North [1]** 2/7
**nos [2]** 38/2 40/3
**not [63]**
**note [1]** 35/7
**noted [2]** 16/7 34/16
**notes [2]** 29/7 36/23
**nothing [1]** 36/4
**Notice [2]** 9/21 45/9
**noticed [1]** 42/2
**notified [1]** 28/25
**Novack [1]** 34/12
**November [1]** 28/8
**November 2016 [1]** 28/8
**now [3]** 4/16 29/21 46/1
**number [4]** 3/4 20/6 20/9 38/6
**numbers [1]** 42/1

## O

**o0o [1]** 3/3
**objection [1]** 9/24
**obligation [1]** 30/6
**obligations [1]** 39/4
**observe [1]** 38/18
**obtained [1]** 11/20
**obtaining [1]** 31/8
**obvious [1]** 18/23
**off [5]** 10/16 16/19 16/19 22/4 46/10
**offense [27]** 6/6 6/25 7/1 7/3 7/10 7/15 17/18 16/24 16/25 17/21 18/5 18/6

**Q**

offense... [15]  18/20 20/2 24/25 28/12
28/15 28/21 29/4 30/12 30/17 31/19
33/6 36/2 36/16 36/17 40/6
office [9]  2/2 2/6 12/4 15/11 16/7 19/9
23/1 35/25 45/17
officer [5]  22/20 36/18 38/19 39/13
40/12
officer's [1]  38/3
official [6]  1/21 12/14 23/18 28/22
33/22 36/12
officially [2]  9/16 9/20
officials [4]  15/9 15/10 17/10 34/1
Oh [1]  42/20
okay [9]  4/20 5/18 12/22 21/15 27/19
41/1 41/5 44/16 45/24
old [1]  30/25
OLGUIN [1]  1/4
once [1]  35/12
one [11]  11/21 12/2 14/18 15/14 24/15
24/16 25/8 28/16 29/11 29/16 37/21
one-level [1]  29/11
one-time [3]  11/21 12/2 14/18
only [12]  6/6 7/11 11/17 17/17 17/25
21/23 22/6 33/25 35/11 35/16 43/1
43/14
oOo [1]  46/22
open [2]  27/13 33/25
operation [1]  38/24
opinion [1]  36/18
opportunities [3]  14/21 17/10 23/14
opportunity [4]  8/9 8/13 26/21 27/15
opposing [1]  8/17
order [5]  40/23 43/3 43/11 45/16 46/8
ordered [3]  39/4 39/17 39/23
organizing [1]  32/17
other [14]  4/7 5/5 9/6 10/24 23/21 24/9
24/11 26/20 30/3 37/11 37/23 39/7
45/20 46/12
others [1]  32/17
otherwise [3]  11/8 27/19 33/1
our [7]  7/23 9/24 10/5 17/25 20/4
24/16 33/24
out [27]  6/2 7/4 7/8 7/13 13/8 14/14
15/15 15/19 17/16 19/19 19/24 20/4
20/7 21/14 22/6 22/13 24/16 25/2 25/4
25/8 35/13 42/14 43/2 43/22 43/23
45/1 45/2
outcome [1]  30/23
outpouring [1]  32/11
outside [2]  6/9 6/16
over [6]  7/23 12/3 15/12 18/13 18/23
32/9
own [6]  12/18 13/2 23/15 31/12 44/21
owner [2]  31/10 31/15
owner/landlord/businessman [1]
31/10
owns [1]  44/21

**P**

p.m [2]  3/2 46/20
Pacific [1]  2/7
page [1]  38/3
paid [2]  33/11 40/15
paper [2]  15/12 20/4
papers [9]  3/22 3/24 4/8 5/6 10/3
13/17 22/6 24/17 44/9

parents [2]  26/11 31/3
part [5]  9/19 24/20 34/25 35/14 43/3
parte [2]  9/17 11/17
participate [1]  38/15
participation [1]  39/11
particular [2]  6/11 20/21
particularly [1]  34/8
parties [1]  27/24
Parts [1]  31/16
pass [1]  16/19
past [2]  43/5 44/8
pastor [1]  6/11
pay [15]  17/15 17/19 18/2 19/12 33/25
39/9 40/8 40/13 40/17 42/16 42/25
43/22 44/20 44/25 45/10
paying [1]  42/21
payment [12]  15/24 19/7 19/8 20/7
34/21 39/12 40/4 40/11 43/23 44/24
45/1 45/3
payments [13]  16/13 20/8 28/18 33/15
33/18 33/21 34/7 34/14 34/25 36/4
36/10 36/12 39/13
penny [1]  35/10
people [18]  6/2 6/10 12/4 12/5 13/6
14/8 14/14 14/16 16/16 16/17 17/17
18/1 18/1 20/8 24/2 26/12 26/22 32/22
per [2]  40/20 42/5
percent [1]  12/24
perform [1]  38/13
performed [1]  33/10
period [5]  7/17 7/23 38/15 38/25 40/20
periodic [1]  38/7
person [4]  16/20 20/21 21/13 32/15
personal [6]  6/5 7/10 13/3 21/18 33/19
35/6
persuaded [1]  37/14
persuasion [1]  8/15
PETE [1]  2/10
PETER [3]  2/6 2/7 3/10
phone [1]  15/19
picks [1]  22/3
PINKEL [8]  2/2 3/8 4/7 25/20 42/20
43/6 46/10 46/15
pjohnsonlaw.com [1]  2/10
place [2]  7/21 24/6
Plaintiff [1]  1/7
plan [3]  40/11 43/23 45/3
planning [1]  32/18
play [1]  30/23
playing [2]  7/25 21/2
plea [8]  8/16 9/7 11/5 16/4 19/5 28/10
32/22 45/5
plead [1]  29/1
pleading [1]  36/17
please [1]  3/6
pled [4]  3/17 20/13 28/3 36/20
plenty [1]  23/20
plumbing [1]  31/12
pockets [1]  15/4
point [10]  6/17 8/24 15/14 22/21 22/22
25/19 28/6 34/9 41/11 46/16
points [2]  7/1 29/13
policy [1]  30/15
polite [1]  32/25
political [2]  13/19 13/21
politician [11]  12/11 13/12 14/1 14/16
14/16 17/3 17/24 19/22 21/24 26/9

26/15
politician's [1]  14/5
politicians [6]  14/2 16/13 17/20 18/1
18/3 26/9
Pomona [1]  31/2
populated [1]  18/3
portion [1]  38/21
poses [1]  38/9
position [7]  10/2 11/22 12/12 22/6
24/17 27/1 43/25
positioning [1]  20/4
positions [1]  34/1
positive [1]  7/11
possible [3]  36/25 36/25 41/19
power [4]  11/20 11/22 12/12 34/1
practically [1]  41/18
pre [2]  10/14 39/7
pre-approved [1]  39/7
pre-indictment [1]  20/14
prepared [1]  3/12
present [5]  3/11 4/11 4/16 5/19 6/7
presentence [13]  3/20 3/21 4/9 4/22
5/7 5/9 5/12 25/23 27/20 27/23 38/8
42/16 45/19
presentence's [1]  29/2
president [1]  20/23
PRESIDING [1]  1/4
prestige [1]  11/20
presume [1]  30/2
prevented [1]  31/6
previously [3]  3/17 18/11 23/13
prior [2]  29/14 31/18
prison [1]  43/1
Prison's [1]  41/19
Prisons [5]  37/3 37/21 40/24 45/18
45/20
Prisons' [1]  40/21
probation [23]  7/5 7/17 8/3 16/7 19/9
21/20 21/22 22/13 22/20 23/1 23/22
23/23 25/13 36/18 38/3 38/19 39/8
39/13 40/12 43/15 44/10 45/2 45/17
probationary [4]  17/1 17/4 23/17 24/8
problems [1]  37/4
procedures [1]  39/3
proceed [1]  3/13
proceeding [1]  27/22
proceedings [3]  1/14 46/20 47/8
produce [2]  11/6 11/8
produced [3]  9/11 10/24 11/3
Products [1]  31/15
profit [1]  12/12
program [4]  28/4 38/16 38/18 40/22
promised [1]  19/5
promote [4]  16/24 17/22 30/11 30/14
proof [1]  39/12
proper [2]  37/22 45/11
properties [2]  31/11 44/22
property [1]  31/9
proposed [3]  29/8 29/10 37/12
prosecutions [1]  13/19
protect [3]  30/13 35/23 39/21
provide [6]  9/23 16/25 18/4 30/11 37/6
39/12
provided [7]  9/24 13/8 31/3 38/8 40/10
45/17 45/19
provides [1]  29/11
public [11]  6/4 12/19 27/14 28/22

## P

public... [7] 30/13 31/10 32/15 33/23 35/23 39/21 40/6
punishment [4] 16/25 18/4 27/12 30/12
purchased [1] 31/11
purpose [3] 13/13 35/20 36/9
purposes [5] 23/16 30/9 30/9 37/16 39/25
pursuant [7] 28/13 28/14 28/17 28/20 28/23 40/21 47/5
put [13] 6/13 6/14 9/2 9/10 10/16 15/4 15/5 20/14 21/15 26/23 26/24 35/12 46/8
putting [2] 26/7 27/1

## Q

quarter [1] 40/21
question [5] 8/8 35/3 35/19 36/1 37/5
questioning [1] 9/25
questions [3] 8/19 24/11 25/16
quickly [2] 41/25 42/4
quote [3] 14/2 35/14 36/5
quoting [1] 35/10

## R

rachet [1] 7/19
raffle [1] 14/13
raise [2] 19/20 43/11
raised [1] 26/10
range [6] 28/11 29/6 29/15 29/25 30/2 37/14
rate [1] 40/20
rather [2] 4/19 34/6
read [5] 3/19 4/21 5/24 6/6 8/4
ready [1] 3/13
real [5] 12/10 15/2 24/21 44/21 44/21
reality [1] 12/9
really [13] 7/9 7/19 11/13 12/4 16/12 16/16 18/15 20/2 25/9 27/8 42/13 43/12 43/16
reason [4] 9/12 9/13 23/20 29/20
reasonable [3] 24/7 30/2 37/22
reasonably [1] 39/17
reasons [2] 19/2 45/15
receive [3] 9/13 10/1 10/1
received [3] 18/12 29/12 32/9
recently [1] 29/8
recognize [2] 20/15
recognizes [1] 27/11
recognizing [2] 6/13 6/15
recommend [1] 41/20
recommendation [4] 7/4 8/3 41/17 43/15
recommended [4] 16/4 19/9 22/21 23/1
record [12] 11/3 11/6 23/5 23/5 24/15 27/25 28/10 33/20 34/24 35/9 35/15 37/11
recorded [1] 15/8
recount [1] 32/16
Redondo [1] 2/8
reduce [2] 29/15 44/11
reference [1] 38/5
reflect [1] 30/10
reflects [1] 37/22
reform [1] 25/12

refused [1] 34/13
regard [1] 5/9
regarding [5] 5/10 21/21
regular [1] 44/22
regularly [2] 34/10 36/13
regulation [1] 41/19
regulations [2] 41/23 47/9
rehabilitation [3] 7/21 7/24 30/14
reiterate [1] 27/17
related [6] 39/5 39/6 39/6 39/7 39/18 45/21
relatively [1] 19/11
release [6] 29/16 37/25 38/2 39/17 39/23 42/4
reliable [1] 35/8
religious [1] 39/2
remain [1] 45/21
remarried [1] 31/25
remedy [1] 10/13
remember [1] 23/8
remorseful [1] 36/19
renewed [1] 36/8
rent [1] 44/22
rental [2] 31/11 44/21
repair [1] 31/12
repeated [1] 18/21
repeatedly [2] 23/19 34/13
repentance [1] 7/24
report [21] 3/20 3/21 4/9 4/22 4/25 5/3 5/7 5/10 9/22 25/23 27/20 27/21 27/23 29/2 38/8 40/23 41/9 42/16 45/19 45/21 45/23
reported [1] 47/7
Reporter [1] 1/21 47/15
REPORTER'S [1] 1/14
reputation [1] 33/2
request [1] 41/12
require [1] 38/7 42/10
required [5] 7/3 19/25 24/24 38/10 38/13
research [1] 46/7
residence [1] 39/1
residential [1] 38/22
resolution [1] 20/15
resolve [1] 20/15
resources [2] 19/11 32/17
respect [6] 9/1 13/16 14/8 16/24 17/22 30/11
respectful [1] 32/25
respects [1] 25/1
respond [6] 4/17 4/19 19/16 22/16 24/13 24/14
responded [1] 36/4
response [2] 10/9 10/11
responsibility [9] 6/1 6/21 19/23 20/13 21/15 27/11 28/24 36/17 40/22
rest [1] 12/25
restaurant [1] 12/21
restitution [4] 19/7 40/13 40/15 42/23
restricted [1] 39/1
result [1] 22/13
resulting [1] 40/7
results [1] 29/4
retracted [1] 12/24
retrieve [2] 15/5 15/6
return [1] 33/15
review [3] 25/22 26/2 35/7

reviewed [1] 4/4
rich [1] 25/9
ridicule [1] 26/24
right [6] 11/19 15/15 26/12 43/6 44/25 45/6
risk [1] 38/9
Robinhood [1] 16/10
Rodriguez [2] 31/21 31/23
role [2] 30/23 36/2
Royal [1] 41/10
rule [1] 46/4
rules [1] 38/18
run [1] 37/6
running [4] 20/7 21/14 26/17 26/18
RUTH [2] 2/2 3/8
Ruth Pinkel [1] 3/8

## S

Saenz [1] 32/1
Saenz' [1] 32/2
safe [1] 31/3
said [14] 7/22 9/4 12/22 12/24 13/22 13/22 15/18 15/20 18/5 18/11 18/25 23/6 26/9 34/18
same [5] 10/22 16/10 17/22 21/6 41/9
sanctions [1] 40/4
Santa [1] 18/15
saved [1] 36/21
say [5] 7/11 22/7 26/4 27/2 27/16
saying [4] 20/24 21/14 27/14 44/24
says [4] 9/21 11/7 11/13 22/18
schedule [2] 44/24 45/1
scheme [4] 34/5 34/16 34/21 34/22
school [5] 27/8 31/5 31/7 31/8 39/6
seal [2] 9/18 9/22
second [3] 24/23 37/24 38/15
secret [1] 15/24
section [17] 2/3 12/20 28/2 28/5 28/13 28/14 28/17 28/20 28/23 29/11 30/1 30/4 37/11 37/17 37/23 38/11 47/5
see [8] 10/15 11/12 17/2 24/22 27/10 42/22 42/23 42/24
seem [1] 18/15
seems [1] 42/5
seen [3] 9/14 9/14 32/12
sees [1] 27/7
self [1] 27/12
self-punishment [1] 27/12
send [4] 17/20 19/22 21/24 22/14
sends [2] 17/1 18/6
sensitive [1] 32/6
sent [1] 17/12
sentence [38] 7/5 7/16 8/1 16/6 17/1 17/4 18/6 18/20 19/4 19/4 19/13 19/14 20/17 21/9 22/13 23/17 24/7 24/8 25/12 26/5 27/18 29/21 30/5 30/8 30/10 30/12 30/21 30/24 33/7 34/4 35/23 37/13 37/15 37/21 38/21 39/19 43/3 45/6
sentences [1] 30/20
sentencing [24] 3/12 3/22 3/24 4/8 5/6 5/12 8/18 10/2 14/6 16/2 20/4 24/9 24/16 24/24 28/1 28/6 29/7 30/7 30/9 30/18 34/17 37/16 45/17 45/20
September [8] 3/18 11/4 11/7 15/1 18/25 19/8 31/22 31/25
September 12th [1] 18/25

## S

**September 16th** [1] 11/4
**September 1990** [1] 31/22
**September 1st** [1] 3/18
**serious** [6] 7/18 17/21 18/5 23/19 23/21 33/23
**seriously** [1] 30/6
**seriousness** [3] 16/24 30/10 37/5
**servant** [1] 31/10
**served** [2] 7/16 32/13
**service** [18] 7/16 7/20 17/5 22/14 24/1 24/3 32/15 38/14 39/5 40/5 42/3 42/7 42/19 43/17 44/1 44/17 46/1 46/2
**services** [2] 38/23 39/2
**Servo** [2] 31/14 31/16
**set** [8] 11/11 30/4 37/16 37/22 38/2 39/25 40/11 42/6
**seven** [1] 12/3
**Seventh** [3] 13/17 22/5 22/9
**several** [2] 25/1 36/24
**shall** [21] 38/2 38/15 38/18 38/20 38/22 39/1 39/9 39/12 40/8 40/9 40/11 40/13 40/15 40/17 40/19 41/9 45/15 45/16 45/19 45/21 45/22
**share** [1] 25/6
**she** [1] 11/13
**shop** [1] 31/14
**short** [2] 32/12 37/8
**should** [8] 4/3 8/12 14/5 14/10 23/23 29/21 30/12 45/7
**shouldn't** [2] 23/25 25/6
**show** [1] 7/22
**showed** [1] 12/7
**showing** [1] 20/20
**shows** [3] 14/11 14/22 15/1
**siblings** [2] 31/1 31/3
**side** [1] 15/4
**significant** [2] 19/11 19/11
**similar** [2] 31/15 35/23
**similarly** [1] 30/19
**simple** [1] 11/21
**simply** [2] 23/17 36/10
**since** [2] 11/10 27/13
**sincerity** [1] 35/4
**single** [3] 28/3 35/10 37/20
**single-count** [2] 28/3 37/20
**situated** [1] 30/19
**situation** [5] 6/14 6/14 6/15 16/11 18/24
**six** [5] 20/5 24/17 25/2 28/18 37/1
**six-level** [1] 28/18
**Sixty** [1] 41/2
**skills** [1] 31/12
**slap** [2] 37/4 17/6
**slight** [1] 5/8
**small** [1] 17/8
**so** [42] 3/13 4/18 4/21 5/13 7/20 7/23 9/9 9/12 10/4 10/15 10/16 10/18 11/6 11/13 11/13 11/15 11/18 11/19 13/14 14/8 14/19 15/2 15/23 16/2 16/12 16/22 17/7 17/9 18/16 22/23 23/14 24/4 24/6 24/11 42/8 42/23 42/25 43/17 44/13 44/16 45/7 46/7
**society** [2] 18/3 33/24
**solicit** [1] 17/10
**solicited** [1] 34/6
**soliciting** [1] 25/9

**some** [19] 4/1 11/1 12/20 13/1 18/10 18/11 18/16 19/19 24/25 25/3 25/5 33/18 34/3 35/12 35/19 36/1 37/5 42/2 46/11
**somehow** [1] 21/5
**someone** [4] 12/8 16/1 21/12 23/18
**something** [5] 10/7 10/8 11/9 14/15 25/11
**Sometimes** [1] 15/5
**soon** [1] 41/18
**sorry** [5] 26/9 26/23 26/24 27/1 27/5
**sort** [3] 11/1 16/10 23/23
**sources** [1] 25/5
**South** [7] 12/5 31/2 31/17 32/1 32/10 33/9 33/14
**Southern** [1] 41/21
**speak** [1] 8/13
**special** [4] 3/9 29/18 34/11 40/18
**specific** [4] 21/22 36/6 41/13 41/13
**specifically** [2] 18/24 41/15
**spent** [6] 12/20 13/1 33/18 35/6 35/11 35/16
**spoke** [1] 6/11
**sports** [1] 32/19
**Spring** [2] 2/4
**standard** [2] 23/19 40/1
**started** [5] 21/3 23/3 23/8 26/13 26/17
**starting** [2] 22/21 28/6
**state** [2] 26/25 34/15
**stated** [7] 4/7 5/5 23/13 27/19 35/9 35/11 36/5
**statement** [5] 8/11 8/13 8/25 8/25 45/15
**statements** [3] 8/10 8/21 30/16
**STATES** [14] 1/1 1/6 1/22 2/2 2/3 2/4 3/5 3/8 40/9 40/18 41/10 41/14 47/6 47/10
**statute** [2] 43/7 46/9
**statutorily** [1] 40/2
**stay** [1] 36/10
**stenographically** [1] 47/7
**Steve** [1] 34/12
**still** [8] 13/10 13/11 13/15 13/15 19/10 19/12 20/20 34/21
**stop** [4] 14/21 15/19 19/1 23/14
**Street** [3] 1/22 2/4 41/11
**strong** [2] 22/15 32/5
**struggled** [1] 31/5
**stuff** [2] 22/8 22/11
**subject** [1] 44/20
**submit** [2] 19/13 38/7
**substance** [1] 38/9
**successful** [1] 31/9
**successfully** [1] 39/15
**such** [2] 32/17 38/18
**sudden** [1] 23/7
**sufficient** [3] 27/25 30/8 37/15
**suggest** [1] 34/5
**suggestion** [1] 44/4
**Suite** [3] 1/22 2/7 2/8
**sum** [1] 39/10
**supervised** [6] 29/16 37/25 38/2 39/17 39/23 42/4
**supervision** [1] 40/2
**supplemental** [1] 34/17
**support** [6] 4/2 6/7 14/11 20/20 32/9 32/11

**supposed** [1] 22/4
**sure** [3] 11/2 27/7 43/24
**system** [2] 17/25 38/18

## T

**table** [4] 3/9 12/12 13/12 18/2
**take** [11] 3/14 7/9 12/13 13/12 14/14 16/13 21/7 21/12 30/5 43/8 43/12
**taken** [2] 28/8 45/22
**takes** [1] 37/1
**taking** [6] 12/1 12/15 17/23 20/1 23/3 24/10
**talk** [3] 4/18 15/20 42/12
**talked** [1] 44/9
**talking** [5] 13/7 15/19 19/1 42/18 42/20
**talks** [1] 6/12
**taught** [2] 26/11 32/5
**team** [2] 14/13 14/14
**telephone** [1] 38/22
**tell** [1] 26/25
**Temple** [1] 41/11
**tends** [1] 34/23
**tenth** [1] 31/5
**term** [7] 18/21 29/16 37/1 37/21 38/19 39/15 44/10
**terms** [5] 18/8 21/22 38/1 39/16 39/22
**testament** [1] 6/9
**testing** [2] 38/7 38/10
**than** [14] 4/7 5/5 7/25 18/6 28/16 28/19 28/19 30/3 30/8 32/12 37/15 39/24 40/16 40/20
**thank** [6] 8/22 24/12 25/21 27/15 41/3 46/18
**that** [197]
**that's** [42] 5/15 5/17 6/8 6/18 8/2 8/16 8/17 10/12 10/13 10/15 12/15 12/18 13/9 13/9 13/11 14/15 15/24 16/18 17/4 17/13 19/22 20/13 21/9 22/9 22/19 22/20 22/21 22/23 22/23 23/5 25/8 42/10
**their** [7] 3/6 5/14 26/17 26/18 34/1 34/2 41/23
**them** [11] 7/13 8/20 13/5 14/7 15/5 16/9 18/2 18/9 20/1 27/4 32/5
**theme** [1] 19/21
**themselves** [2] 16/14 34/2
**then** [20] 5/19 14/25 15/7 15/20 16/14 17/3 17/16 18/19 19/6 23/7 24/18 33/9 41/20 42/8 44/11 44/16 44/17 44/17 45/1 46/7
**then if** [1] 44/17
**there** [30] 4/1 4/3 5/11 8/15 9/12 16/7 16/12 16/22 17/7 17/9 19/19 20/5 23/14 23/20 24/25 25/4 25/8 26/21 27/4 27/4 28/14 28/20 28/23 34/3 35/3 35/22 37/2 43/6 46/4 46/6
**there's** [15] 5/14 5/14 10/16 20/11 20/21 20/24 23/20 25/3 28/17 35/19 36/1 36/11 37/5 42/5 44/5
**therefore** [2] 23/25 38/10
**Thereupon** [1] 46/20
**these** [14] 7/8 12/1 13/6 14/11 17/18 21/1 24/19 25/10 30/9 32/14 33/15 35/4 36/11 37/2
**they** [14] 6/6 9/25 13/10 13/18 13/19 15/3 15/5 15/11 15/25 20/20 24/19

**T**

**they...** [3]  35/17 41/23 45/2
**they'll** [1]  14/17 42/25 45/3
**they're** [2]  9/6 13/7
**thing** [4]  2/1 21/23 24/23 26/12
**things** [6]  9/3 13/8 19/19 24/15 46/11 46/12
**think** [21]  8/16 9/18 10/12 10/20 10/20 10/21 11/9 13/4 13/10 18/16 19/20 19/25 20/5 21/17 22/12 25/2 43/4 43/4 44/3 44/8 44/10
**thinking** [1]  44/12
**thinks** [1]  13/11
**Third** [1]  40/8
**this** [72]
**those** [9]  7/13 8/10 19/2 20/24 22/4 24/17 25/2 33/25 45/12
**thought** [3]  27/8 42/13 42/20
**thousand** [1]  43/20
**threats** [1]  36/15
**three** [9]  28/24 29/17 32/2 33/13 37/24 42/3 43/19 43/20 44/13
**three-level** [1]  28/24
**Three-thousand** [1]  43/20
**through** [12]  5/24 6/22 8/4 11/14 11/20 15/3 20/14 21/18 24/22 26/7 26/23 34/9
**throughout** [2]  6/4 6/4
**tickets** [1]  14/13
**time** [22]  4/12 4/17 5/16 5/20 6/21 6/22 10/8 11/21 12/2 14/18 16/10 20/10 21/6 26/2 26/19 27/13 32/13 32/16 34/7 36/21 41/9 45/24
**timely** [2]  28/25 45/9
**times** [2]  32/16 39/1
**Title** [1]  47/6
**today** [3]  4/2 37/12 40/16
**Todd** [1]  34/12
**together** [2]  32/1 42/22
**token** [1]  17/22
**told** [1]  35/16
**too** [1]  34/10
**took** [9]  12/15 12/16 14/25 14/25 15/2 15/19 24/6 34/14 36/13
**top** [2]  44/15 46/10
**total** [2]  29/4 40/9
**toy** [1]  32/18
**transcript** [3]  1/14 47/7 47/9
**treat** [1]  37/2
**treatment** [1]  39/4
**tremendous** [1]  24/9
**trial** [1]  20/14
**trouble** [1]  36/21
**true** [2]  14/22 47/6
**trust** [2]  33/24 40/6
**truth** [1]  34/17
**try** [2]  16/14 16/15
**trying** [3]  12/11 13/5 20/8
**tumors** [1]  36/25
**Turned** [1]  15/15
**twisted** [2]  16/10 23/24
**two** [6]  11/4 24/14 28/15 31/22 33/13 38/12
**two-level** [1]  28/15
**Type** [1]  36/24

**U**

**U.S** [3]  15/10 29/7 47/15
**U.S.C** [7]  7/4 19/24 28/2 28/5 30/1 37/17 38/11
**unable** [3]  42/8 42/24 44/1
**unacceptable** [1]  17/13
**under** [17]  7/4 9/18 9/22 12/11 13/12 16/6 18/2 19/14 19/24 21/11 24/7 25/10 27/16 29/13 37/14 38/10 41/19
**undercover** [1]  19/8
**undermine** [2]  34/23 43/21
**undermined** [3]  12/3 12/4 16/9
**understand** [7]  5/3 6/5 8/24 44/2 44/2 44/24 45/13
**understands** [1]  7/19
**undisputed** [4]  12/14 12/15 12/18 12/25
**unfair** [1]  10/4 10/4 17/25
**unindicted** [1]  33/22
**Union** [1]  31/4
**UNITED** [14]  1/1 1/6 1/22 2/2 2/3 2/4 3/5 3/8 40/9 40/18 41/10 41/14 47/6 47/10
**United States** [5]  3/5 3/8 40/9 40/18 41/10
**unless** [1]  24/11
**unpaid** [1]  40/19
**unselfish** [1]  32/6
**until** [3]  10/2 31/5 39/14
**untreated** [1]  31/6
**unwarranted** [1]  30/18
**up** [10]  5/16 6/22 7/19 20/9 22/3 31/1 40/11 42/7 45/3 46/14
**upbringing** [1]  31/4
**update** [1]  5/10
**upon** [2]  42/15 45/11
**urging** [1]  13/24
**us** [1]  23/7
**use** [4]  13/12 16/14 34/1 36/15
**used** [6]  11/22 12/17 14/11 14/12 14/15 31/11

**V**

**value** [1]  28/18
**values** [1]  32/24
**variance** [1]  37/8
**various** [1]  5/11
**vendor** [1]  39/10
**versus** [2]  3/5 35/6
**very** [18]  6/13 6/13 15/13 17/7 17/7 17/25 18/23 20/10 20/10 20/22 20/22 22/13 27/14 27/14 30/5 36/18 44/13 44/14
**victim's** [1]  29/19
**view** [4]  10/5 23/24 33/22 35/19
**views** [1]  34/20
**violation** [2]  11/2 28/5
**violence** [2]  36/15 36/16
**violent** [1]  7/1
**virtue** [1]  14/4
**visits** [1]  39/4
**volunteering** [1]  32/20
**vote** [1]  14/17
**vulnerable** [2]  34/9 34/15

**W**

**waive** [2]  45/12 46/12

**want** [22]  4/8 5/6 5/19 8/6 8/9 10/7 10/8 10/18 14/23 14/23 16/16 17/20 17/22 18/2 22/16 24/13 26/4 27/2 42/6 43/21 43/24 45/25
**wanted** [10]  11/2 12/8 13/4 15/22 20/15 23/4 23/15 26/6 26/22 42/1
**warmed** [1]  20/9
**warranted** [1]  37/9
**was** [85]
**wasn't** [7]  11/13 12/2 24/19 24/20 25/4 26/15 27/8
**way** [6]  12 14/25 14/25 15/2 15/3 16/18 16/18 17/13 18/23
**we** [12]  4/23 8/2 10/1 10/1 10/15 10/17 16/13 17/20 18/2 21/8 23/10 41/4
**we'll** [2]  8/19 46/14
**we're** [7]  8/17 10/11 20/17 22/2 22/7 22/8 22/12
**We've** [1]  24/15
**wearing** [2]  15/15 18/25
**Wednesday** [2]  1/16 3/1
**week** [1]  43/12
**weeks** [2]  11/4 33/13
**weigh** [4]  14/5 19/24 22/9 34/4
**weighing** [1]  22/12
**weight** [2]  13/23 30/3
**well** [12]  6/4 7/11 9/2 9/15 10/14 11/12 21/2 21/12 27/6 37/12 43/10 46/14
**went** [4]  11/14 12/25 14/19 31/9
**were** [12]  4/1 5/11 5/11 7/12 9/5 10/3 11/3 15/3 15/5 20/5 23/14 32/21
**weren't** [2]  24/19 24/19
**West** [1]  1/22
**WESTERN** [1]  1/3
**what** [26]  4/7 5/5 6/8 6/8 6/24 7/3 13/14 13/21 15/16 17/14 19/19 19/23 21/8 22/9 22/20 22/25 23/5 23/12 26/12 26/13 27/5 27/9 30/23 34/18 36/3 42/10
**what's** [1]  21/9
**whatever** [3]  12/17 12/25 13/2
**when** [29]  6/21 6/22 7/2 7/14 9/4 9/13 13/20 14/24 15/2 15/7 16/2 16/22 16/23 17/23 18/9 18/19 18/25 20/18 21/1 22/18 23/6 23/8 31/10 32/16 36/3 42/14 43/2 43/21 45/2
**where** [14]  6/17 8/2 8/14 15/4 15/6 20/15 21/5 22/3 22/24 25/1 31/2 36/13 42/7 43/25
**wherewithal** [2]  24/1 24/2
**whether** [5]  35/20 37/3 37/6 42/19 46/11
**which** [20]  12/9 16/5 21/24 24/6 26/15 27/21 29/11 30/23 32/21 34/5 34/20 34/22 35/8 35/8 36/21 38/4 38/6 38/16 40/18 45/6
**while** [5]  14/3 33/8 35/3 35/12 43/1
**white** [2]  23/22 23/24
**white-collar** [2]  23/22 23/24
**who** [19]  3/11 11/22 12/8 16/1 17/10 17/14 17/19 18/1 18/2 23/18 23/18 23/21 24/10 26/14 29/12 32/24 33/10 33/25 45/8
**who's** [2]  16/20 32/15
**whole** [1]  26/10
**why** [8]  8/2 8/17 10/15 20/13 21/22 23/20 29/20 41/4

**W**

**wife [2]**  32/1 32/6
**will [18]**  3/6 5/23 6/20 17/2 25/16
25/17 27/3 29/11 30/24 38/6 38/12
38/13 39/14 40/23 41/20 45/8 46/5
46/6
**willing [3]**  17/17 17/19 18/2
**wire [2]**  15/15 19/1
**wish [1]**  45/7
**within [3]**  17/8 17/8 41/14
**without [3]**  8/13 10/6 38/23
**witness [7]**  8/8 8/14 9/4 15/14 15/22
20/6 20/9
**witness's [1]**  8/12
**women [1]**  32/6
**work [8]**  33/11 42/8 42/24 42/25 43/23
44/1 44/14 45/1
**working [3]**  7/22 32/25 43/17
**world [2]**  17/2 23/24
**worried [1]**  15/16
**worst [1]**  33/24
**would [24]**  4/15 4/19 7/15 7/17 7/18
10/5 19/6 21/22 23/23 24/8 25/14 27/7
29/9 29/14 33/13 35/7 38/7 41/12 43/8
43/12 43/16 43/19 44/13 44/14
**wrist [2]**  17/4 17/6
**writing [1]**  41/25
**written [2]**  6/10 32/21
**wrong [13]**  13/15 15/17 17/1 18/7
20/12 20/16 21/7 21/8 21/22 22/19
25/11 27/10 27/12
**wrote [5]**  6/6 15/19 20/22 32/4 32/6
**www.lisamariecsr.com [1]**  1/24

**Y**

**Yeah [1]**  44/7
**year [10]**  12/2 12/3 14/20 14/20 36/8
42/5 42/11 43/15 44/10 44/12
**years [15]**  12/3 12/16 14/19 14/19
14/19 17/3 18/13 18/24 29/17 30/25
36/9 37/24 42/3 43/20 44/13
**Yes [7]**  3/15 3/16 19/17 25/24 26/1
41/24 45/14
**you [73]**
**you're [5]**  13/20 16/20 17/6 17/17
23/24
**you've [1]**  18/11
**young [2]**  21/2 31/11
**your [51]**
**Your Honor [21]**  4/13 4/23 5/21 6/9
7/13 8/4 8/23 9/15 11/19 19/2 19/16
22/17 26/6 26/8 26/23 27/1 27/5 27/6
41/25 42/15 44/19
**yourself [1]**  16/19
**youth [1]**  32/19

**Z**

**zero [2]**  6/25 29/13